# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------x

MORSE DIESEL INTERNATIONAL, INC., d/b/a
AMEC CONSTRUCTION MANAGEMENT, INC.,

99-279C
Plaintiff, 99-529C
00-530C
-against- 00-531C
00-1537C

UNITED STATES, (Judge Braden)

Defendant.

---------------------x

May 4, 2007
10:26 a.m.

Videotaped deposition of JOHN F. WALSH, taken by attorneys for Plaintiff, pursuant to notice, held at the offices of United States Department of Justice, 1100 L Street N.W., Washington, D.C., before Helen Mitchell, a Shorthand Reporter and Notary Public.

(Walsh)

THE VIDEOGRAPHER: Let's go off the record.

It's 12:03, and we're off the record.

(Recess taken)

THE VIDEOGRAPHER: It's 12:04, and we're back on the record.

BY MR. BEHRE:

Q Mr. Walsh, directing your attention to the second page of this exhibit, which is Bates numbered in the upper right-hand corner 0142, I direct your attention to the heading E, about two-thirds of the way down the page, which says, "MDI's bonding costs are falsified."

Have you seen that material in those paragraphs previously?

A Yes.

Q And did you see that information on or about sometime in 1995?

A Yes.

Q And looking at the last page of the exhibit; that is, Bates number in the upper right-hand corner 0144, your notation in the

(Walsh)

lower right-hand corner, "prepared by," and a date of 4/10/95 suggests that you inserted this exhibit into your workpapers on or about April 10, 1995; correct?

A That's correct.

Q So as of April 10, 1995, you were aware, as was Mr. Anderson, of the specifics, the very specifics, that are enumerated in paragraph E relating to the alleged falsified billing as it relates to bonding costs; correct?

A That's correct.

Q Are you aware whether or not Phase II of the St. Louis courthouse project was awarded to AMEC after that time, as in September of 1995?

A I would have to review the documents to be sure, but I believe that is correct.

Q Did you personally convey your conclusion, which you reached at some point in 1995 -- prior to the award of the Phase II contract, did you convey your concern and your conclusion to any of the contracting officers on the St. Louis projects?

(Walsh)

A I do not remember specifically conveying that to the contracting officers.

Q But you did convey it to the highest levels of the Office of Inspector General in the St. Louis area; correct?

A In our Kansas City office I conveyed it to Steve Anderson, I'm sure of that.

Q And by the "reviewed by" signature, who is that, again, on the last page?

A Ivan Diemler.

Q And you indicated he was a regional --

A Inspector General for investigations.

Q So he was aware because he had this document; correct?

A I believe so, yes.

Q Going back to Exhibit 8, which is the 2002 report, I think we, or more accurately I, digressed and asked you after you had gotten through the first two items and described to the best of your ability what was composed of those materials, I think we left off with number two, so let me ask about number three, you've listed