IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC., Plaintiff, | ) | |
| v. | ) | No. 99-279C and consolidated cases (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL NOTICE TO THE COURT OF SEALED PROCEEDINGS IN ANOTHER COURT**

The United States respectfully requests leave to file under seal a notice to the Court and accompanying documents concerning sealed proceedings before a United States District Court regarding prejudgment relief. That court's order and its proceedings are currently under seal. Defendant's counsel has consulted with plaintiff's counsel and is authorized to state that plaintiff has no objection to this Court granting this motion for leave to file under seal.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
JOYCE R. BRANDA
Directors

PATRICIA R. DAVIS
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:

Tracy L. Hilmer
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Eric L. Miller
Office of the Inspector General
General Services Administration

Dalton Phillips
Catherine Crow
General Services Administration

June 4, 2007