# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: June 5, 2007

****************************************
MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

**SCHEDULING ORDER**

Defendant's June 4, 2007 Unopposed Motion for Leave to File Under Seal Notice to the Court of Sealed Proceedings in Another Court is, hereby, granted. Defendant may file, under seal, a notice to the court, as well as accompanying documents, concerning sealed proceedings before a United States District Court regarding prejudgment relief.

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**