IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC.<br>d/b/a AMEC CONSTRUCTION<br>MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 99-279C and consolidated cases<br><br>(Judge Braden) |

**UNITED STATES' NOTICE OF ERRATA REGARDING UNITED STATES' MOTION FOR SUMMARY JUDGMENT ON ITS CLAIM FOR DAMAGES PURSUANT <u>THE COURT'S JANUARY 26, 2007 RULING</u>**

On May 18, 2007, the United States respectfully sought damages and penalties for the matters decided in <u>Morse Diesel Int'l, Inc. v. United States</u>, 74 Fed. Cl. 601 (2007) (Morse Diesel III). Defendant hereby respectfully notifies the Court of an errata in its pleading. On page 13, in the paragraph numbered 2. <u>Anti-Kickback Act Penalties</u>, with regard to the date that the Government first sought leave to file its counterclaims under the Anti-Kickback Act ("AKA"), the correct date is May 10, 2001.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

<u>s/Jeanne E. Davidson</u>
JEANNE E. DAVIDSON
JOYCE R. BRANDA
Directors

PATRICIA R. DAVIS
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Fax: (202) 514-8624
Attorneys for Defendant

Of Counsel:

Tracy L. Hilmer
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Eric L. Miller
Office of the Inspector General
General Services Administration

Dalton Phillips
Catherine Crow
General Services Administration

June 8, 2007