# EXHIBIT 1

U.S. Department of Justice

Civil Division

Tele: (202) 307-1111
Fax: (202) 514-8624

PDK:JED:DKirchner

*Washington, D.C. 20530*

June 12, 2007

Douglas Winter
Winter Reporting, Inc.
60 East 42nd Street
New York, N.Y. 10165
Tele: (212) 953-1414
Fax: (212) 692-0560
By express mail and facsimile transmission

Re: Morse Diesel Int'l, Inc. v. United States, Fed. Cl. No. 99-279C

Dear Mr. Winter:

Please find enclosed Mr. John Walsh's signature page and errata sheet for his deposition on May 4, 2007.

Very truly yours,

Domenique Kirchner
Senior Trial Counsel
Commercial Litigation Branch

cc:
Kirby Behre
Paul, Hastings, Janofsky & Walker LLP
875 15th Street N.W.
Washington, D.C. 20005
Tele: (202) 551-1779
Fax: (202) 551-0119

(Walsh)

15:23:53 deposition of John F. Walsh. We've used

15:23:55 four videotapes. We're going off the

15:23:58 record, and the time is still 3:23.

15:24:00 (Time noted: 3:23 p.m.)

John F. Walsh

JOHN F. WALSH

Signed and subscribed to before me

this 11 day of June, 2007.

Shelly Fender Vaughn

Notary Public

My commission expires 04/30/08

***ERRATA SHEET***

| PAGE | LINE | CHANGE |
| --- | --- | --- |
| 6 | 2 | Mississippi should be Missouri - Typo |
| 106 | 10-11 | My answer on these lines (10-11) is incorrect. When I gave my answer, I thought the questions referred to e-mail messages and the question actually refers to "electronic documents." The correct answer is - Although I do not remember a specific instruction, I know that I need to save all final electronic documents substantively relating to this case |

John F. Walsh 6/11/07

***ERRATA SHEET***

| PAGE / LINE | | CHANGE |
|---|---|---|
| | | that I created or |
| | | received that directly |
| | | relate to my audit |
| | | findings and report |
| | | conclusions |

John F. Webb 6/11/07