**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a Morse Diesel International, Inc. | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 99-279 and consolidated cases (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL MATERIALS FROM SEALED PROCEEDINGS IN ANOTHER COURT**

Plaintiff, AMEC Construction Management, Inc. ("ACMI"), f/k/a Morse Diesel International, Inc., respectfully requests leave to file under seal materials filed by ACMI in sealed proceedings before a United States District Court. These materials relate to the same proceedings for which the Government sought leave to file sealed materials on June 4, 2007. During a hearing held before the United States District Court after June 4, 2007, the United States District Judge orally granted ACMI's request that it be allowed to file these materials under seal before this Court. That Court's proceedings currently remain under seal. ACMI's counsel has consulted with Defendant's counsel who has indicated that Defendant will oppose this Motion.

Respectfully submitted,

s/ James D. Wareham

James D. Wareham
Attorney of Record for Plaintiff
Kirby D. Behre
Danielle W. Pierce
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: 202-551-1728
Fax: 202-551-0128

Date: June 20, 2006

LEGAL USE 75527587.1