# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: June 22, 2007

****************************************

MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************

**ORDER**

Plaintiff's June 20, 2007 Motion for Leave to File Under Seal Document is, hereby, granted. Plaintiff may file, under seal, documents concerning sealed proceedings before a United States District Court. Defendant may file, under seal, relevant documents in response.

Pursuant to the June 22, 2007 telephone status conference, Defendant may file a reply to Plaintiff's June 15, 2007 Response to Defendant's May 18, 2007 Motion for Summary Judgment by July 20, 2007.

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**