UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC. d/b/a AMEC CONSTRUCTION MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | Case No. 99-279 C |
| v. | ) | Judge Braden |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW**

COMES NOW Christopher J. Daus, of the law firm of Greensfelder, Hemker & Gale, P.C., pursuant to Rule 83.1 (c) (6) of the Rules of this Court, and moves to withdraw his appearance as attorney for Plaintiff in the above-captioned case.

In support of this Motion, the undersigned suggests and states to this Court as follows:

1. The undersigned was counsel of record for Plaintiff in two matters pending before the General Services Administration Board of Contract Appeals, Nos. 14755 and 15102. Those Board cases were subsequently stayed and then consolidated into the above-captioned case.

2. James D. Wareham, of the law firm of Paul, Hastings, Janofsky & Walker, LLP, is the lead attorney for Plaintiff in the above-captioned case, and the undersigned has had no substantive involvement with this case since the above-mentioned Board cases were consolidated into this action.

3. The undersigned seeks to withdraw his appearance due to the fact that Plaintiff is being represented in all respects by Mr. Wareham's firm, as lead counsel, and the undersigned has been requested by Plaintiff's lead counsel to file this Motion.

WHEREFORE, the undersigned seeks leave of Court to withdraw his appearance as counsel for Plaintiff in the above-captioned case, and for such other and further relief as the Court deems proper.

Respectfully Submitted,

GREENSFELDER, HEMKER & GALE P.C.

By /s/ Christopher J. Daus
Christopher J. Daus #34134
10 S. Broadway, Suite 2000
St. Louis, Missouri 63102
Tel: 314-241-9090
Fax: 314-345-5467
Email: cjd@greensfelder.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing *Motion to Withdraw* was served via this Court's electronic filing system on this 26th day of June, 2007, upon the following:

| | |
|---|---|
| Domenique Grace Kirchner, Esq.<br>United States Department of Justice<br>Attn: Classification Unit, 8th Floor<br>1100 L Street, N.W.<br>Washington, D.C. 20530 | James D. Wareham, Esq.<br>Paul, Hastings, Janofsky & Walker, LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005 |
| Lawrence Schor, Esq.<br>McManus, Schor, Asmar & Darden, LLP<br>1301 Connecticut Avenue, N.W. - 6th Floor<br>Washington, D.C. 20036 | |

/s/ Christopher J. Daus