# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: July 2, 2007

****************************************
MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

**ORDER**

Pursuant to Rule 83.1(c)(6) of the Rules of the United States Court of Federal Claims, the court grants leave to Christopher J. Daus to withdraw his appearance as attorney for Plaintiff in the above-captioned case. Mr. Daus' June 26, 2007 Motion to Withdraw is, hereby, granted.

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**