**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMEC CONSTRUCTION MANAGEMENT, INC. (f/k/a/ Morse Diesel International, Inc.)**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **Case No. 99-279 and consolidated cases (Judge Braden)** |

**MOTION TO COMPEL (1) CONTINUATION OF DEPOSITION OF JOHN WALSH AND (2) PRODUCTION OF DOCUMENTS**

AMEC Construction Management, Inc. ("ACMI") respectfully submits its Motion to Compel the Continuation of the Deposition of John Walsh and for Production of Documents pursuant to Rule of the Court of Federal Claims ("RCFC") 37. ACMI moves to compel the continuation of Mr. Walsh's deposition regarding his submission of errata contradicting his deposition testimony admitting his destruction of relevant documents. Additionally, ACMI moves to compel the production of documents in response to ACMI's June 21, 2007 Request for Production of Documents relating to any instructions given to Mr. Walsh to preserve documents relating to this litigation. Alternatively, ACMI seeks leave of Court to continue Mr. Walsh's deposition pursuant to RCFC 30(a)(2)(B).

Pursuant to RCFC 37(a)(2)(A) ACMI has in good faith conferred with the United States (the "Government") in an effort to secure Mr. Walsh's deposition without this Court's action. The Government refused to appear with Mr. Walsh for his deposition on July 27, 2007.

Respectfully submitted,

s/ James D. Wareham
JAMES D. WAREHAM
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: 202-551-1728
Fax: 202-551-0128
Attorney of Record for Plaintiff

Of Counsel:
Kirby D. Behre
Danielle W. Pierce
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005

August 6, 2007