**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMEC CONSTRUCTION MANAGEMENT, INC. (f/k/a/ Morse Diesel International, Inc.)**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **Case No. 99-279 and consolidated cases (Judge Braden)** |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (1) CONTINUATION OF DEPOSITION OF JOHN WALSH AND (2) PRODUCTION OF DOCUMENTS**

Upon consideration of Plaintiff AMEC Construction Management, Inc.'s ("ACMI") Motion to Compel (1) Continuation of Deposition of John Walsh and (2) Production of Documents, and the accompanying papers,

NOW, THEREFORE, it is on this _______ day of ----_______, 2007,

ORDERED that ACMI's Motion to Compel (1) Continuation of Deposition of John Walsh and (2) Production of Documents shall be and hereby is granted.

FURTHER ORDERED the Government shall produce the documents sought in the plaintiff's motion no later than ____________________. The continuation of the deposition of John Walsh shall take place no later than five days after the completion of the production of documents by the Government, unless counsel for the parties agree to a later date.

______________________________

Susan G. Braden
Judge