# EXHIBIT 1

TOTAL P.002

**U. S. Department of Justice**

Civil Division

MFH:JED:DKirchner

Telephone: (202) 307-1111
Fax: (202) 514-8624

*Washington, D.C. 20530*

July 10, 2007

Kirby Behre
Paul, Hastings, Janofsky & Walker LLP
875 15th Street N.W.
Washington, D.C. 20005
Tele: (202) 551-1779
Fax: (202) 551-0119
By facsimile transmission and regular mail

Re: Morse Diesel v. United States, Fed. Cl. 99-279

Dear Mr. Behre:

With regard to plaintiff's notice of deposition for John Walsh for July 27, 2007, the Rules of the Court of Federal Claims require that plaintiff first obtain leave of Court before again deposing Mr. Walsh. See Rule 30(a)(2)(B). Therefore, we expect that plaintiff will first request and obtain a Court order allowing another deposition before proceeding with Mr. Walsh's deposition, and we will not produce Mr. Walsh absent plaintiff's compliance with Rule 30(a)(2)(B). We also will oppose your request for another deposition of John Walsh.

Very truly yours,

Domenique Kirchner
Senior Trial Counsel
Commercial Litigation Branch

JUL-10-2007 16:56 DOJ P.002/002