# EXHIBIT 6

# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC.,<br>f/k/a Morse Diesel International, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 99-279 and<br>consolidated cases<br>(Judge Braden) |

## NOTICE OF DEPOSITION OF JOHN WALSH

Please take notice that, pursuant to Rule 30(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff, AMEC Construction Management, Inc., will take the deposition of John Walsh upon oral examination before a court reporter authorized to administer oaths for stenographic deposition and notice is hereby given pursuant to Rule 30(b)(2) that the deposition will be videotaped at the following time and place:

July 27, 2007, 9:30 a.m.
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005

JAMES D. WAREHAM
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: 202-551-1728
Fax: 202-551-0128
Attorney of Record for Plaintiff

Of Counsel:
Kirby D. Behre
Danielle W. Pierce
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005

June 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this 21st day of June 2007 I caused a copy of the foregoing to be served by regular and electronic mail upon counsel for the Defendant as follows:

Dominique Kirchner
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, DC 20530

Tracy L. Hilmer
Civil Division
U.S. Department of Justice
601 D Street, N.W.
P.O. Box 261 Ben Franklin Station
Washington, DC 20044

Stephanie K. Rosenthal