# EXHIBIT 9

Privilege Log of documents

May 7, 2007 E-mail from Catherine Crow, GSA Attorney, to: Georgann Butler, GSA; Karen Poole, GSA; Lisa Hancock, GSA; Dalton Phillips, GSA Attorney; Domenique Kirchner, Trial Attorney, Dept. of Justice; and Mark Warnick, re e-mails, and May 8, 2007 E-mail from Georgann Butler, GSA, to Catherine Crow in response to Ms. Crow's e-mail.

January 30, 2007 E-mail from Domenique Kirchner, Trial Attorney, Dept. of Justice, to Karen Poole, re preservation, retention and non-destruction of documents and January 30, 2007 e-mail from Karen Poole to Domenique Kirchner in response to Ms. Kirchner's e-mail.

July 21, 2003 Letter from Peter Keisler, Assistant Attorney General, signed by David Cohen, Director, Commercial Litigation Branch, to Raymond McKenna, General Counsel, GSA, re preservation of documents.

July 10, 2000 E-mail from Jeff Stacy, Frauds Trial Attorney, Dept. of Justice, to Domenique Kirchner, Trial Attorney, Dept. of Justice, Eric Miller, GSA-OIG Attorney, Marty Hom, GSA Attorney, John Walsh, GSA-OIG auditor, Steven Anderson, GSA-OIG investigator, Karen Poole, GSA contracting officer, re GSA Documents