# EXHIBIT 11

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL, )

Plaintiff, )

)

v. ) Docket No.: 99-279C

UNITED STATES, )

Defendant. )

Suite 702, Chambers

National Courts Building

717 Madison Place NW

Washington, D.C.

Friday,

June 22, 2007

The parties met, pursuant to notice of the Court, at 2:08 p.m.

BEFORE: HONORABLE SUSAN G. BRADEN

Judge

APPEARANCES: (Via Telephone)

For the Plaintiff:

KIRBY D. BEHRE, Esquire

JAMIE D. WAREHAM, Esquire

Paul, Hastings, Janofsky & Walker, LLP

875 Fifteenth Street, N.W.

Washington, D.C. 20005

(202) 551-1719 / 551-1728

have those done by the end of next week.

MR. BEHRE: Okay.

THE COURT: So all I have to do now is wait for the government to get their motion in on damages and issue an opinion, and then we'll be finished in that case, right?

MS. KIRCHNER: Your Honor, this is Domenique Kirchner. If I could address that issue for the Court?

THE COURT: All right.

MS. KIRCHNER: What's happened is that the government has filed its brief on damages, and Plaintiff has filed their response.

THE COURT: Right.

MS. KIRCHNER: And we have a reply brief.

THE COURT: Right.

MS. KIRCHNER: And that is now currently due on July 2.

THE COURT: Okay.

MS. KIRCHNER: And we would request an 18-day enlargement of time to July 20 to file our reply brief. Basically I have a Federal Circuit brief I've got to get done by June 26 and then another brief for another Court, for another Judge, by June 28. And so we're requesting until July 20, which would be an 18-

day enlargement to file the government's reply.

THE COURT: I don't have any trouble doing that, but I'm only going to do it once. Is that all the time you need?

MS. KIRCHNER: Yes, Your Honor.

THE COURT: All right. What I'm trying to do is wrap up Morse Diesel so that they can take their appeal, and I just want to be sure I've got everything finished in that one. Now let me look at this.

MS. KIRCHNER: Your Honor, may I address that issue?

THE COURT: Yes.

MR. WAREHAM: Jamie Wareham joined, Your Honor. I came in a different way.

THE COURT: Okay. All right.

MS. KIRCHNER: With regard to that issue, Your Honor, this is Domenique Kirchner.

THE COURT: Yes.

MS. KIRCHNER: There are other elements of the government's counterclaim that have not yet been addressed. There is the issue under the Contract Disputes Act. Your Honor will recall that originally you had dismissed that issue for lack of jurisdiction, and then we had status calls where the Court indicated that it would reconsider that ruling. And so we would

proceed to address that issue once the Court has clarified and reconsidered its opinion, as Your Honor has indicated that you are about to do shortly.

THE COURT: Well, what I'm trying to do is finish the case. This is like pushing a boulder uphill. So you've got other things you want me to do now?

MS. KIRCHNER: Your Honor, we would like to present the CDA issue.

THE COURT: Well, I mean, why am I doing separate damages? I wanted to do one opinion on everything at the end.

MS. KIRCHNER: I understand, Your Honor.

THE COURT: All right. Well, let's do this. Why don't we get the motion for reconsideration out and then see what you have to do. I mean, I don't know what your plan of action is here, but, I mean, I thought the substantive issues were finished at this point.

MS. KIRCHNER: Your Honor, they are not.

THE COURT: Well, I want to get them finished. Do you hear me?

MS. KIRCHNER: Yes, Your Honor.

THE COURT: I really do. I mean, this is damages that's on the counterclaims without going to