# EXHIBIT 13

Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W. • Washington, DC 20005
telephone 202 551 1700 • facsimile 202 551 1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(202) 551-1719
kirbybehre@paulhastings.com

May 8, 2007 37903.00006

**VIA E-MAIL AND US MAIL**

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W.; 8th Floor
Washington, D.C. 20530

Re: AMEC Construction Management, Inc.,
f/k/a *Morse Diesel International, Inc. v. United States*, Case No. 99-279

Dear Domenique:

John Walsh testified during his deposition on May 4, 2007 that he did not receive any instructions from counsel regarding retention of e-mails, electronic documents, or hard copy documents during this ongoing litigation. Tr. at 97:20-98:2. Mr. Walsh further testified that he had been deleting e-mails related to the pending case. Tr. at 97:10-20.

Please provide us with copies of any and all freeze notices, or other notices regarding e-mail or document retention policies, sent to any individuals at any point during this case.

Please call me with any questions.

Sincerely,

Kirby D. Behre
*of* PAUL, HASTINGS, JANOFSKY & WALKER LLP

LEGAL_US_E # 75078044.1