# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: August 10, 2007

******************************************
MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
******************************************

**ORDER**

For the reasons discussed in the August 10, 2007 telephone status conference, Defendant ("Government")'s Motion for a Protective Order is, hereby, denied. Plaintiff's August 6, 2007 Motion to Compel is, hereby, granted-in-part; Plaintiff may continue the deposition of Mr. John Walsh regarding the errata submission regarding his May 4, 2007 deposition. The continuation of the deposition will occur at a time mutually agreed upon by the parties during the week of August 27-31, 2007. Furthermore, the continuation of the deposition will be limited to three hours and Plaintiff will pay all expenses related to Mr. Walsh's travel to Washington D.C. for the continuation of the deposition.

At this time, the court declines to rule on the second portion of August 6, 2007 Motion to Compel, seeking the production of documents relating to Mr. Walsh's errata submission. During the August 10, 2007 telephone status conference, the Government indicated that it was withholding certain documents sought by Plaintiffs on privilege grounds. The Government is, hereby, ordered to submit any documents it wishes to assert are privileged to the court for *in camera* review by the court no later than August 10, 2007 at 6 p.m.

The court sets a telephone status conference for Monday, August 13, 2007 at 2:30 p.m.

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**