IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC., | ) | |
| d/b/a/ AMEC CONSTRUCTION | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-279C and consolidated |
| | ) | cases |
| THE UNITED STATES, | ) | (Judge Braden) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE RE SUBMISSION OF DOCUMENTS FOR IN CAMERA REVIEW

Pursuant to the Court's ruling at today's status conference, the Government has provided its privilege log and copies of the documents on its privilege log to the Court for its in camera review. The listed items contain legal advice regarding preservation of documents potentially relevant to this litigation. With respect to these documents, the Government asserts the attorney-client privilege and the work product privilege, consistent with the ruling in Turner v. Resort Condominiums Int'l, 2006 WL 1990379 (S.D. Indiana 2006).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

JOYCE R. BRANDA
Director

PATRICIA R. DAVIS
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Fax: (202) 514-8624
Attorneys for Defendant

Of Counsel:
TRACY L. HILMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

DALTON PHILLIPS
CATHERINE CROW
General Services Administration

August 10, 2007