# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: August 13, 2007

****************************************

MORSE DIESEL INTERNATIONAL, INC.,
d/b/a AMEC CONSTRUCTION
MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************

**ORDER**

On August 10, 2007, the court issued an order denying Defendant ("Government")'s July 20, 2007 Motion for a Protective Order and granting-in-part Plaintiff's August 6, 2007 Motion to Compel. The court declined to rule on the second portion of Plaintiff's August 6, 2007 Motion to Compel, seeking the production of certain documents. During the August 10, 2007 telephone status conference, the Government indicated that it was withholding certain documents sought by Plaintiffs as subject to the attorney-client or work product privileges. Accordingly, the court ordered the Government to submit any documents it wished to assert were privileged to the court for *in camera* review by the court by 6 p.m. August 10, 2007. On August 10, 2007, the Government filed a Notice of Submission of documents for *in camera* review, along with privilege log and copies of the twelve documents it sought to withhold as subject to the attorney-client and work product privileges.

For the reasons expressed in the August 13, 2007 teleconference, the court has decided not to require the Government to turn over the documents in the August 10, 2007 Notice of Submission at this time. The court, however, does not believe that these documents are the type of document typically subject to the attorney-client and work product privilege and may revisit this decision as the litigation progresses.

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**