IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC. d/b/a AMEC CONSTRUCTION MANAGEMENT, INC., Plaintiff, | ) | |
| v. | ) | Nos. 99-279C and consolidated cases |
| | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

**UNITED STATES' REQUEST THAT CLERICAL ERRORS IN MATHEMATICAL CALCULATIONS BE CORRECTED**

Pursuant to Rule 60(a) of the Rules of the United States Court of Federal Claims, the United States respectfully requests that the Court correct clerical errors in the mathematical calculations contained in the Court's October 31, 2007 opinion on damages. These errors are identified below:

1. Page 2, line four: "in the total amount of $7,292,213." The correct total is $7,282,123.

2. Page 7, second paragraph under "1. The Government's Argument." line 3: "$259,497.04 in civil penalties...." The correct number is $259,457.04.

3. Page 9, first full paragraph, line 4: "far more than $219,497.04 to date." The correct number is $219,457.04.

4. Page 17, second full paragraph, line 2: "Double that amount is $219,547.04" The correct number is $219,457.04.

5. Page 17, second full paragraph, lines 4-6: "Therefore, the total amount of civil penalties due under the Anti-Kickback Act is $259,547.04, <u>i.e.</u>, 2.37 times the amount of the

kickbacks." The correct numbers are as follows: Therefore, the total amount of civil penalties due under the Anti-Kickback Act is $259,457.04, i.e., 2.36 times the amount of the kickbacks.

6. Page 17, second full paragraph, lines 7-8: ". . . since the total $7,032,666 awarded under that Act is 3.3 times the amount of false claims at issue." The correct numbers are as follows: . . . since the total $7,022,666 awarded under that Act is 3.02 times the amount of the false claims at issue.

7. Page 17, footnote 15: "A different perspective of the total $7,292,213 award is that this maximum penalty is only 2.5% of the $290,276,166 value of the four federal contracts awarded to Plaintiff." The correct numbers are as follows: A different perspective of the total $7,282,123 award is that this maximum penalty is only 2.4% of the $290,275,166 value of the four federal contracts awarded to Plaintiff. (The sum total of the contract awards for the four contracts is: $20,343,186 (St. Louis Courthouse Phase I) + $12,220,188 (San Francisco Customs House) + $92,609,000 (Sacramento Courthouse) + $165,102,792 (St. Louis Courthouse Phase II) = $290,275,166.)

8. Page 18, under "Conclusion": "The Government is awarded $259,547.04 under the Anti-Kickback Act and $7,032,666 under the False Claims Act for a total of $7,292,213." The correct numbers are as follows: The Government is awarded $259,457.04 under the Anti-Kickback Act and $7,022,666 under the False Claims Act for a total of $7,282,123.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
JOYCE R. BRANDA
Directors

PATRICIA R. DAVIS
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Fax: (202) 514-8624
Attorneys for Defendant

Of Counsel:
TRACY L. HILMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

DALTON PHILLIPS
CATHERINE CROW
General Services Administration
November 7, 2007