# EXHIBIT 3

wgs℠

# The Sedona Conference® Glossary For E-Discovery And Digital Information Management

A Project of The Sedona Conference®
Working Group on Electronic Document
Retention and Production (WG1) RFP+ Group

May, 2005 Version

The Sedona Conference®

Copyright © 2005 The Sedona Conference®

Kerning: Adjusting the spacing between two letters.

Key Drive: A small removable data storage device that uses flash memory and connects via a USB port. Keydrives are also known as keychain drive, thumb drive, jump drive, USB flash drive. Can be imaged and may contain residual data.

Key Field: Database fields used for document searches and retrieval.

Keyword Search: A search of the text of documents in a database for documents containing one or more words that are specified by a user.

Keywords: Words designated by a user as important for searching purposes.

Kilobyte (KB): A unit of 1,024 bytes. *See* Byte.

Kofax Board: The generic term for a series of image processing boards manufactured by Kofax Imaging Processing. These are used between the scanner and the computer, and perform real-time image compression and decompression for faster image viewing, image enhancement, and corrections to the input to account for conditions such as document misalignment.

LAN (Local Area Network): A group of computers at a single location (usually an office or home) that are connected by phone lines or coaxial cable. *See* Network.

Landscape Mode: The image is represented on the page or monitor such that the width is greater than the height.

Laser Disc: Same as an optical CD, except 12" in diameter.

Laser Printing: A beam of light hits an electrically charged drum and causes a discharge at that point. Toner is then applied which sticks to the non-charged areas. Paper is pressed against the drum to form the image and is then heated to dry the toner. Used in laser printers and copying machines.

Latency: The time it takes to read a disc (or jukebox), including the time to physically position the media under the read/write head, seek the correct address and transfer it.

Latent Data: Latent or ambient data are deleted files and other data that are inaccessible without specialized forensic tools and techniques. Until overwritten, these data reside on media such as a hard drive in unused space and other areas available for data storage.

Leading/Ledding: The amount of space between lines of printed text.

**Legacy Data, Legacy System:** Legacy Data is information the development of which an organization may have invested significant resources and has retained its importance, but has been created or stored by the use of software and/or hardware that has become obsolete or replaced ("legacy systems"). Legacy data may be costly to restore or reconstruct when required for investigation or litigation analysis or discovery.

**Legal Hold:** A legal hold is a communication issued as a result of current or anticipated litigation, audit, government investigation or other such matter that suspends the normal disposition or processing of records. Legal holds can encompass business procedures affecting active data, including, but not limited

Copyright © 2005 The Sedona Conference®
All Rights Reserved

to, backup tape recycling. The specific communication to business or IT organizations may also be called a "hold," "preservation order," "suspension order," "freeze notice," "hold order," or "hold notice."

Level Coding: Used in Bibliographical coding to facilitate different treatment, such as prioritization or more thorough extraction of data, for different categories of documents, such as by type or source.

LFP: IPRO Tech's image cross reference file; an ASCII delimited text file required for cross-reference of images to data.

**Lifecycle:** The records lifecycle is the life span of a record from its creation or receipt to its final disposition. It is usually described in three stages: creation, maintenance and use, and archive to final disposition.

Line Screen: The number of half-tone dots that can be printed per inch. As a general rule, newspapers print at 65 to 85 lpi.

Link: *See* Hyperlink.

Load file: A file that relates to a set of scanned images and indicates where individual pages belong together as documents. A load file may also contain data relevant to the individual documents, such as metadata, coded data and the like. Load files must be obtained and provided in prearranged formats to ensure transfer of accurate and usable images and data.

Local Area Network (LAN): *See* Network.

Logical File Space: The actual amount of space occupied by a file on a hard drive. The amount of logical file space differs from the physical file space because when a file is created on a computer, a sufficient number of clusters (physical file space) are assigned to contain the file. If the file (logical file space) is not large enough to completely fill the assigned clusters (physical file space) then some unused space will exist within the physical file space.

Logical Volume: An area on the hard drive that has been formatted for files storage. A hard drive may contain a single or multiple volumes.

Lossless Compression: Exact construction of image, bit-by-bit, with no loss of information.

Lossy Compression: Reduces storage size of image by reducing the resolution and color fidelity while maintaining minimum acceptable standard for general use.

LTO (Linear Tape-Open): A type of backup tape which can hold as much as 400 GB of data, or 600 CDs depending on the data file format.

LZW (Lempel-Ziv & Welch): A common, lossless compression standard for computer graphics, used for most TIFF files. Typical compression ratios are 4/1.

Magenta: Used in four color printing. Reflects blue & red and absorbs green.

Magnetic/Optical Storage Media: Includes, but is not limited to, hard drives, backup tapes, CD-ROMs, DVD-ROMs, Jaz and Zip drives.

Copyright © 2005 The Sedona Conference®
All Rights Reserved