# EXHIBIT 8

**U. S. Department of Justice**

Civil Division

154-99-279C

(202) 307-0290
Fax:
(202) 514-8624

*Washington, D.C. 20530*

October 17, 2002

Rick Webber, Esq.
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Ave. N.W.
Washington, DC 20036-5339
By facsimile and regular mail

Re: Morse Diesel International v. United States,
Fed. Cl. Nos. 99-279C, 99-529C, 99-530C, 00-531

Dear Mr. Webber:

I am enclosing a correction sheet to John Walsh's May 24, 2002 expert report on damages.

Very truly yours,

Domenique Kirchner
Trial Attorney
Commercial Litigation Branch

Correction Sheet to the Expert Report of John Walsh titled "Computation of Harm for Fraud Committed by Morse Diesel International, Inc." dated May 24, 2002.

Page 4 – Under note (4)(b), the report states that .56% was used for the cost of bond billed by MDI on change orders for Sacramento and San Francisco. This rate has been changed to .54% for Sacramento (based on a September 9, 1996 letter from MDI to LMB) and 1% for San Francisco (based on review of change order documents).

This refinement of the change order bond rates for these two projects affected my computation of the net amounts paid by GSA to MDI for bond cost related to change order work for these two projects. For the San Francisco project, the change order bond amount paid by GSA to MDI changed to $54,229 from $30,501 and for the Sacramento project, the change order bond amount paid by GSA to MDI changed to $71,314 from $73,941. Although minor, these changes had a ripple effect on several computations included in my report, as follows:

Page 1 - $5,078,925 changed to $5,086,830.
Page 1 - $6,982,175 changed to $6,984,810.
Page 1 - $20,946,525 changed to $20,954,430.
Page 1 - $26,676,525 changed to $26,684,430.
Pages 1 and 3 - $38,925 changed to $46,830.
Pages 1, 3 and 5 - $12,975 changed to $15,610.
Pages 3, 10 and 13 - $122,704 changed to $125,339.
Page 3 - $368,112 changed to $376,017.
Page 5 - $3,629 changed to $6,453.
Page 5 - $5,324 changed to $5,135.
Page 10 and 13 - $245,408 changed to $250,678.
Page 10 - $5,285,408 changed to $5,290,678.
Page 10 - $1,551,361 changed to $1,553,996.
Page 10 - $4,531,379 changed to $4,536,649.
Page 10 - $10,261,379 changed to $10,266,649.

John F. Walsh (signature) — John F. Walsh

10/17/02 — Date