# EXHIBIT 10

ORIGINAL



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, INC.,
Plaintiff,

vs.

Nos. 99-279C, 99-529C,
99-530C, 00-531C
(Senior Judge Smith)

THE UNITED STATES,

Defendant.

VOLUME I

DEPOSITION OF STEVEN D. ANDERSON, a witness, taken on behalf of the Plaintiff, pursuant to Notice, on the 28th day of September, 2001, at General Services Administration, Inspector General's Office, 1500 E. Bannister, Kansas City, Missouri, before:

KATHRYN A. LANNING
Registered Professional Reporter

of AAA Reporting Company, a Notary Public of the State of Missouri.

APPEARANCES

For the Plaintiff:
MR. PATRICK J. GREENE, JR.
PECKAR & ABRAMSON, PC
70 Grand Avenue
River Edge, New Jersey 07661-1934

For the Defendant:
MS. DOMENIQUE KIRCHNER
U.S. DEPARTMENT OF JUSTICE
COMMERCIAL LITIGATION DIVISION
1100 L Street NW
Classification Unit
Suite 12-046
Washington, D.C. 20530

John N.
- FYI
- your copy
- copy given to Steve
JG/M 11/2/95
Good work. Steve -

Author: Iven Diemler at GSA-JR6
Date: 11/2/95 8:09 AM
Priority: Normal
Receipt Requested
TO: Karen Coles at GSA-J
Subject: Briefing Item for JD Congressional Testimony

------------------------------------ Message Contents ------------------------------------

Karen,

Reference DAIGI Greg Seybold's E-Mail message of 11/1/95.

JI-6 submits the following:

AAA REPORTING
Anderson DEPOSITION EXHIBIT 9
9-28-01 KAL

File No.: I-95-0509
Title: MORSE DIESEL INTERNATIONAL, INC.
Case Agent: S/A Steve Anderson
Date Opened: 7/26/95

This case concerns construction of the new Thomas F. Eagleton Federal Court House in St. Louis, MO.

The investigation was initiated based on information developed during Proactive Investigation V-95-0502.

The prime contractor is MORSE DIESEL INTERNATIONAL, INC. (MDI). A principal subcontractor is T.J. AHRENS EXCAVATING (TJA). Both are considered subjects of this fraud investigation.

MDI submitted an invoice to GSA that was fraudulently stamped "paid." A bonding company representative admitted during interview that he marked the invoice "paid" at the request of MDI officials. The invoice was used to convince the GSA Contracting Officer to approve MDI's request for a progress payment. MDI has also claimed to have additional bonding costs that double their bonding rate. It has been proven that these are not actual costs and MDI did not make a payment. The fraudulent bonding costs inflate the cost of each change order submitted to GSA.

A recent check of other MDI contracts in Region 9, for the Sacramento Courthouse and the U.S. Customs House, disclosed that MDI has submitted false invoices and inflated bonding costs on those contracts.

TJA has refused to cooperate with a JA-6 audit, has provided false cost claims, and has double billed for labor and materials. Documents have been subpoenaed from one of TJA's subcontractors.

This investigation has been referred to, is being coordinated with, and is being directed by the U.S. Attorney's Office, St. Louis, MO. The assigned AUSA is Jonathan Goldstein.

The Regional Administrator (6A), Deputy Regional Administrator (6AD), and the ARA/PBS (6P) are aware that a criminal investigation is being conducted.

I recommend that you access the latest 90-day Case Progress Report in the IIS, if more detail is needed.

If you have any questions, please call S/A Anderson, ARIG John Nelson, or me, at 816-926-7214.