**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC.,<br>f/k/a Morse Diesel International, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant.<br>______________________________ | ) | Case No. 99-279 and<br>consolidated cases<br>(Judge Braden) |

**PROPOSED ORDER**

**IT IS** on this ______ day of ____________________, 2007;

**ORDERED** that, the relief requested in by AMEC Construction Management, Inc. ("ACMI") in its Motion for Spoliation Sanctions be and hereby is GRANTED; and it is

**FURTHER ORDERED** that the July15, 2005 Memorandum Opinion, the January 26, 2007 Memorandum Opinion as revised on June 29, 2007, and the October 31, 2007 Memorandum Opinion be and hereby are VACATED; and it is

**FURTHER ORDERED** that the Government will pay a monetary penalty of $______________ to ACMI; and it is

**FURTHER ORDERED** that the Government will pay to ACMI its attorneys' fees and costs incurred in uncovering and litigating the spoliation issues to be determined upon ACMI's submission of an affidavit of its fees and costs.

______________________________
Hon. Susan G. Braden
Judge