# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: November 16, 2007

MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The Government's November 7, 2007 Motion for Clarification is granted. The corrections to clerical errors in the court's October 31, 2007 Memorandum Opinion and Order are as follows:

1. The amount "$7,292,213" on page two, line four, is changed to "$7,282,123."

2. The amount "$259,497.04" on page seven, in the second paragraph under the heading "The Government's Argument," is changed to "$259,457.04."

3. The amount "$219,497.04," in the first full paragraph of page nine, is changed to "$219,457.04."

4. The amount "$219,547.04," in the second full paragraph of page 17, is changed to "$219,457.04."

5. The amount and calculation "$259,547.04, i.e., 2.37 times," in the second full paragraph on page 17, are changed to "$259,457.04, i.e., 2.36 times."

6. The amount and calculation "$7,032,666 awarded under that Act is 3.3 times," in the second full paragraph of page 17, are changed to "$7,022,666 awarded under that Act is 3.02 times."

7. The sentence, "A different perspective of the total $7,292,213 award is that this maximum penalty is only 2.5% of the $290,276,166 value of the four federal contracts awarded to Plaintiff," in footnote 15, is changed to "A different perspective of the total $7,282,123 award is that this maximum penalty is only 2.4% of the $290,275,166 value of the four federal contracts awarded to Plaintiff."

8. The sentence, "The Government is awarded $259,547.04 under the Anti-Kickback Act and $7,032,666 under the False Claims Act for a total of $7,292,213," in the conclusion on page 18, is changed to "The Government is awarded $259,457.04 under the Anti-Kickback Act and $7,022,666 under the False Claims Act for a total of $7,282,123."

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**