# EXHIBIT 2

**ENTIRE HEARING TRANSCRIPT
UNDER SEAL**