# EXHIBIT 5

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMEC CONSTRUCTION )
MANAGEMENT, INC., )
(f/k/a MORSE DIESEL )
INTERNATIONAL, INC.), )
Plaintiff, )
)
v. ) Docket No.: 99-279C
)
UNITED STATES, )
Defendant. )

Suite 702, Chambers
National Courts Building
717 Madison Place NW
Washington, D.C.
Friday
August 10, 2007

The parties met, pursuant to notice of the Court, at 2:07 p.m.

BEFORE: HONORABLE SUSAN G. BRADEN
Judge

APPEARANCES:

For the Plaintiff:
JAMES WAREHAM, Esquire
DANIELLE W. PIERCE, Esquire
JAMES E. ANKLAM, Esquire
Paul Hastings
875 - 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1728

be full in my explanation of what we want to do with the man.

THE COURT: Okay. All right. My guess, it would take you no more than three hours to do that work.

MR. WAREHAM: If I can't get it done in three hours, I ought to be horse whipped.

THE COURT: Well, I'm just going to order that you get it done in three hours, that your client paid to bring this guy here, that you get it done -- when, Ms. Kirchner, when will you be returning from vacation?

MS. KIRCHNER: I return -- just one second -- I'm looking at the calendar. I return to the office on the 20th, also informed by Mr. Walsh --

THE COURT: The 20th of what?

MS. KIRCHNER: The 20th of August, Your Honor.

THE COURT: Okay.

MS. KIRCHNER: I've been informed by Mr. Walsh that the first day he would be available for deposition is August 28th.

THE COURT: Okay. Well, why don't you all try to work it out so you get his deposition done that week sometime. I don't care when.

MR. WAREHAM: We'll do it in that timeframe, Your Honor.

THE COURT: All right. And you'll pay to bring him up and to spend a day also with his lawyers before you depose him.

Now, I don't care what happens at his deposition. Whatever it is, you can supplement the briefs, but I'm not going to hold up this next portion of the decision.

MR. WAREHAM: I understand, Your Honor.

THE COURT: And we're not doing any more discovery. That's it. I have not been asked for any more, and we're not going to get into this drip, drip, drip situation.

I think I can resolve the problems that both sides have fairly easily. We'll take a look and see what the results of the deposition are.

Is there anything else you need me for today?

MR. WAREHAM: One question before I complain because I sometimes hear myself sounding like a complainer. You recall, in the last hearing, that we talked about the reprocurement case and that we were going to get, by August 9th, the new, the third version of what the damages were in that case. We

have not gotten it, and our client hasn't gotten it. Maybe it's been sent to maybe Ms. Kirchner --

THE COURT: Just ask her. Just ask her. Ask her right now. You don't need to complain; just tell her you don't have it. Now, do we know where it is?

MS. KIRCHNER: Yes, Your Honor.

THE COURT: Okay.

MS. KIRCHNER: I'm informed that it was mailed yesterday, copies sent to the Plaintiff, to the Plaintiff's law firm. I will also be sure to get a copy and have it faxed to Plaintiff's counsel. It was sent by certified mail to Plaintiff's law firm to Plaintiff, and I'll be sure to get a copy and fax it.

THE COURT: You guys have messengers that run around all of the time all over town. Doesn't it make a lot more sense to send it over with a messenger and have him sign?

MS. KIRCHNER: Well, Your Honor, it didn't come from the Department of Justice.

THE COURT: Oh.

MS. KIRCHNER: This came out of Kansas City.

THE COURT: I see. Okay.

MS. KIRCHNER: The contracting officer, yesterday, before she left --

THE COURT: Why don't we wait and see if he gets it on Monday? If he doesn't get it by Monday, then you can have somebody fax it.

MR. WAREHAM: I know it's done, Your Honor. I'll deal with it. I didn't mean to trouble the Court. I thought there probably was an explanation, and I'll take care of it.

THE COURT: All right. Okay.

MS. KIRCHNER: Your Honor, may I say a few things?

THE COURT: Yes.

MS. KIRCHNER: Your Honor said that you didn't want any more discovery. I just wanted to be clear --

THE COURT: I think we're finished. I have one motion before me. I'm granting that, in part, and that's it.

MS. KIRCHNER: Well, Your Honor, the government still needs to take the deposition of Mr. James Brogan on the CDA counterclaim.

THE COURT: When do you plan to do that?

MS. KIRCHNER: As soon as I can locate Mr. Brogan and take his deposition. We haven't been able to determine where he is now located. If we could get that --

THE COURT: Does Mr. Wareham know?

MR. WAREHAM: I don't think I've ever been asked. Did you talk to one of my colleagues? We can talk about this off line. I never heard about this.

MS. KIRCHNER: Okay. We certainly have had conversations with Plaintiff's counsel with regard to deposing Mr. Brogan, and the position that Plaintiff took was that it was not appropriate until the Court had ruled on our motion for reconsideration that the CDA claim --

THE COURT: That's been done now for a while.

MS. KIRCHNER: That's correct, Your Honor, and we do need to go forward and complete that deposition of Mr. Brogan. I think, with the Plaintiff's cooperation, we could do that within a month.

MR. WAREHAM: Why don't we just have a call on Monday to talk about the first issue, whether it's necessary, and --

THE COURT: What I'm going to do is I'm going to set a conference call on Monday. I'm getting ready to leave the country, which is why I'm doing this myself. I don't want to wait until I come back so that you guys can go about what you're doing. Two-

thirty.

MS. KIRCHNER: Yes, Your Honor.

THE COURT: Okay. And if you're not available, Ms. Kirchner, all we need is somebody in your office so they know what the ruling is, get the documents faxed over here. Do you have the fax number?

MS. KIRCHNER: It's not in front of me, Your Honor, but I'm sure we have it.

THE COURT: Well, let me give it to you right now so we don't have any more surprises and delays. Okay. It's (202) 357-6522, and Matt Spengler is my law clerk still on this matter. He'll be here probably until about four today. We'll be back in the office, but we have our interns' last day, so we're going to take them off for a little bit of a celebration later this afternoon. I'll expect to have those documents here. Be sure there's lots of paper in there.

I will read them on Monday morning, and then I will rule on it, and then we'll be finished with it. Okay?

MS. KIRCHNER: Yes, Your Honor.

THE COURT: All right. I'll talk to you Monday.