IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC., Plaintiff, | ) | |
| v. | ) | Nos. 99-279C and consolidated cases |
| | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an unopposed enlargement of time of 18 days from December 3, 2007, to December 21, 2007, for defendant to file its response to plaintiff's motion for spoliation sanctions. Defendant's response is due December 3, 2007, and this is the first request for an enlargement of time for this purpose. Defendant's counsel and plaintiff's counsel have discussed this motion, and plaintiff does not oppose this motion for enlargement of time.

Defendant's counsel has begun preparation of the Government's response, but requires an additional 18 days enlargement to December 21, 2007, to complete preparation of the response and have it reviewed by attorneys at the Department of Justice and the agency. Since receipt of the response, defendant's counsel has been required to devote the majority of her time and attention to preparation of the Government's brief in Shea v. United States, Fed. Cir. No. 2007-5099, which must be filed by December 4, 2007. Defendant's counsel also must complete preparation of the Government's response to plaintiff's interrogatories and requests for

production of documents in this matter by December 21, 2007. Defendant's counsel was on leave on November 21 and 23, 2007. Accordingly, defendant respectfully requests that the Court grant this unopposed motion and allow an enlargement of time to and including December 21, 2007, for defendant to prepare and file its response to plaintiff's motion for spoliation sanctions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
JOYCE R. BRANDA
Directors

PATRICIA R. DAVIS
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Fax: (202) 514-8624
Attorneys for Defendant

Of Counsel:
TRACY L. HILMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

DALTON PHILLIPS
CATHERINE CROW
General Services Administration
November 28, 2007