**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC.,<br>f/k/a Morse Diesel International, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 99-279 and<br>consolidated cases<br>(Judge Braden) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an unopposed enlargement of time of 9 days from January 2, 2008, to January 11, 2008, for plaintiff to file its reply to defendant's opposition to Plaintiff's Motion for Spoliation Sanctions which is due on December 21, 2007. Plaintiff's counsel and defendant's counsel have discussed this motion, and defendant does not oppose this motion for enlargement of time.

The Government's opposition is now due on December 21, 2007. Therefore, plaintiff's reply brief is due on January 2, 2008. In light of the busy holiday schedule, plaintiff requests a 9 day enlargement of time to file its reply. Accordingly, plaintiff respectfully requests that the Court grant this unopposed motion and allow an enlargement of time to and including January 11, 2008, for plaintiff to prepare and file its reply in support of Plaintiff's Motion for Spoliation Sanctions.

Respectfully submitted,

s/ James D. Wareham

James D. Wareham
Attorney of Record for Plaintiff
Kirby D. Behre
Danielle W. Pierce
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: 202-551-1728
Fax: 202-551-0128

December 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this 10th day of December 2007 I caused a copy of the foregoing Unopposed Motion for Enlargement of Time to be served by electronic mail (via ECF) upon counsel for the Defendant as follows:

Dominique Kirchner
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, DC 20530

Tracy L. Hilmer
Civil Division
U.S. Department of Justice
601 D Street, N.W.
P.O. Box 261 Ben Franklin Station
Washington, DC 20044

s/ Kirby D. Behre
Kirby Behre