**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC., f/k/a Morse Diesel International, Inc. | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 99-279 and consolidated cases (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

The Plaintiff's December 10, 2007 Unopposed Motion for an Enlargement of Time for 9 days is granted. Therefore, the Plaintiff will file its reply in support of Plaintiff's Motion for Spoliation Sanctions on or before January 11, 2008.

**IT IS SO ORDERED.**

______________________

Judge