# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: December 11, 2007

*******************************************
MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*******************************************

**ORDER**

Plaintiff's December 10, 2007 Unopposed Motion for an Enlargement of Time for 9 days is granted. Therefore, Plaintiff will file a reply in support of Plaintiff's Motion for Spoilation Sanctions on or before January 11, 2008.

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**