IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC., Plaintiff, | ) | |
| v. | ) | Nos. 99-279C and consolidated cases |
| | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an unopposed enlargement of time of 17 days from December 21, 2007, to January 7, 2008, for defendant to submit its response to plaintiff's request for production of documents in connection with the Ninth Counterclaim. Defendant's response is due December 21, 2007, and this is the second request for an enlargement of time for this purpose. Defendant's counsel and plaintiff's counsel have discussed this motion, and plaintiff does not oppose this motion for enlargement of time.

Defendant's counsel has been gathering responsive documents and requires an additional 17 days to complete that work and also to complete her review of such documents and prepare the Government's response, and have it reviewed by attorneys at the Department of Justice and the agency. Since receipt of the request for production of documents, defendant's counsel was required to devote the majority of her time to preparation of (1) the Government's brief in Shea v. United States, Fed. Cir. No. 2007-5099, filed December 3, 2007, (2) the Government's response to plaintiff's motion for clarification of the Court's October 31, 2007 Opinion, in this

case, filed December 14, 2007, and (3) the Government's response to plaintiff's motion for spoliation sanctions in this case, which is being filed on December 21, 2007. Defendant's counsel will be on leave on December 26-28, 2007. Accordingly, defendant respectfully requests that the Court grant this unopposed motion and allow an enlargement of time to and including December 21, 2007, for defendant to prepare and file its response to plaintiff's request for production of documents in connection with the Ninth Counterclaim.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
JOYCE R. BRANDA
Directors

PATRICIA R. DAVIS
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Fax: (202) 514-8624
Attorneys for Defendant

Of Counsel:
TRACY L. HILMER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

DALTON PHILLIPS
CATHERINE CROW
General Services Administration
December 21, 2007