# In the United States Court of Federal Claims

**99-279 C**

**Filed: December 26, 2007**

**MORSE DIESEL INTERNATIONAL, INC.,**
**d/b/a AMEC CONSTRUCTION MANAGEMENT,**
**INC.,**

**v.**

**THE UNITED STATES**

**RESPONSE TO MOTION FOR "SPOLIATION" SANCTIONS**
**(with Separate two volume appendix)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.