# EXHIBIT 3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC. (f/k/a Morse Diesel International, Inc.), Plaintiff, | ) |
| v. | ) No. 06-867C ) (Judge Braden) |
| UNITED STATES, Defendant. | ) |

**DEFENDANT'S PRELIMINARY LIST OF WITNESSES AND DOCUMENTS**

Pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, provides to plaintiff the following preliminary list of witnesses and documents.

I. Witnesses

A. Employees and former employees of Jacobs Facilities involved with St. Louis Courthouse Phase III project

Jacobs Facilities is at 501 N. Broadway, St. Louis, MO 63102, telephone number (314) 335-4000.

1. Roger Haddock, Project Director, presently with Jacobs

2. Janet Goodman, Assistant Project Manager, presently with Jacobs

3. JoAnn Brookes, Project Controls and also Area 2 Inspector, no longer with Jacobs

4. Lori Rimkus, Project Scheduler, no longer with Jacobs. Ms. Rimkus resides in St. Louis, MO, area.

5. Chris Gummere, Change Orders, presently with Jacobs.

6. Art Gower, Project Manager, oversaw field supervision by Jacobs, no longer with Jacobs

7. Dave Winslow, Mechanical Superintendent, no longer with Jacobs

8. Frank Bologna, Inspector Mechanical, no longer with Jacobs

9. Paul Metzler, Inspector Electrical, no longer with Jacobs

10. John Kirkman, General Superintendent, no longer with Jacobs

11. Jim Fornkahl, Area 1 Superintendent, Courtrooms, presently with Jacobs

12. Paul Kiel, Chief Inspector-Architectural, no longer with Jacobs

13. Jim Brouck, Tenant Buildout, no longer with Jacobs

14. David D'Eagle, Assistant General Superintendent, presently with Jacobs

15. Terry Page, Control Manager, presently with Jacobs

16. Steve McEwan, Contract Manager #1, no longer with Jacobs

17. Michelle Transue, Contract Manager #2, no longer with Jacobs

18. Brent Daubach, Project Engineer, no longer with Jacobs. Mr. Daubach resides in the Kansas City, MO, area

19. Dawn Naney, Contract Assistant, no longer with Jacobs

B. <u>GSA Employees involved with Phase III</u>

1. Linda Phillips, GSA Project Manager
   Project Management Division
   GSA
   1500 East Bannister Road
   Kansas City, MO 64131
   Tele: (816) 926-8305

2. Georgann Butler
   Chief, Construction Acquisition Branch 1
   GSA 1500 East Bannister Road
   Kansas City, MO 64131
   Tele: (816) 823-4918
   GSA contracting officer for Phase III

3. Karen Poole
   Acting Regional Acquisition Executive
   GSA Office of Business & Support Services
   1500 East Bannister Road
   Kansas City, MO 64131
   Tele: (816) 926-7268
   Former GSA contracting officer for Phase II

4. Lisa Hancock
   GSA
   1500 East Bannister Road
   Kansas City, MO 64131
   Tele: (816) 823-2238
   GSA Contracting officer involved with Phase III

5. Kris Hundsdorfer
   GSA Facility Manager
   Eagleton Courthouse
   111 S. 10th Street, Rm. 1.316
   St. Louis, MO 63102
   Tele: (314) 539-6545
   GSA facility manager during Phase III

6. Carol Watkins
   GSA Contract Specialist
   1500 East Bannister Road
   Kansas City, MO 64131
   Tele: (816) 823-4906

C. Former GSA Employees involved with Phase III

Robert Herron, Construction Engineer (retired)
847 High View Dr.
Fenton, MO 63026
Tele: (636) 349-1766

D. The following entities performed work or services for GSA for Phase III:

1. A.F. Becker Co., Inc.
   1840 Fenpark Dr.
   Fenton, MO 63026
   Tele: (314) 349-1119
   Tele: (636) 349-1119
   John Donahue

toilet accessories

2. Accessible Solutions (did River City work)
Division of River City Elevator Co., Inc.
1656 S. Weinbach Ave.
Evansville, IN 47717
Tele: (812) 477-4567
A.P. Drennen

wheelchair lift

3. Adams Landscaping
45 Ben Nevis Road
St. Louis, MO 63137
Tele: (314) 867-4747
Herbert Adams

landscaping

4. Ahal Contracting Co.
3746 Pennridge
Bridgeton, MO 63044
Tele: (314) 739-1142
Dennis Ahal, President

concrete flatwork

5. Ahern Fire Protection
5555 West Park Avenue
St. Louis, MO 63110
Tele: (314) 535-4544
Richard M. Boyer, Jr., Vice President
Charles Vaughn, Salesman/Project manager

wet-pipe sprinkler/fire alarm systems

6. AAF International
P.O. Box 35690
Louisville, KY 40232
Tele: (502) 637-0599

also: 210 N. Enterprise Blvd.
Lebanon, ID 46052
Tele: 1-888-223-2003

AHU filters

7. Able Industries
Emergency Services Co.
P.O. Box 1049
Maryland Heights, MO 63043
Tele: (314) 862-0150
Debby Dausch, Credit Manager

Johnny-On-The Spot (Blue Rooms)

8. A-All Lock & Key Co./A-Plus Locksmiths

A-All Lock & Co., Inc.
4611 S. Kingshighway
St. Louis, MO 63109
Tele: (314) 351-3131

A-Plus Locksmiths
512 Bailey Road
Crystal City, MO 63019
Tele: (314) 931-5100

keys to MDI trailer

9. Ameren UE
P.O. Box 66529
St. Louis, MO 63166-6529
Tele: (877)-4AMEREN
Ms. Brown

electricity

10. American Metal Products
11 Cedar Court
Union, MO 63084
Tele: (636) 583-6622
Karen Heady

custom steel grills

11. Andrew Graning
1021 Rockman Place
St. Louis, MO 63119
Tele: (314) 961-3659
Andy Graning

project photography

12. Architectural Graphics, Inc. ("AGI")
2655 International Parkway
Virginia Beach, VA 23452
Tele: (757) 427-1900
David W. Ramsay, Pres.
Steven A. Finley, Sr. Project Manager

13. B&K Tuckpointing Co.
P.O. Box 2988
6633 Olive St. Road
St. Louis, MO 63130
Tele: (314) 721-0033
Kenneth S. Skaggs, President

caulking and clean exterior windows

14. Bick Group
9333 Dielman Industrial Dr.
St. Louis, MO 63132
Tele: (314) 993-3355
Bill Beck

access flooring

15. Bi-State Loading Dock Specialists Inc.
7314 Hazelwood Ave.
Hazelwood, MO 63042
Tele: (314) 521-4200
Mike Sheedy

loading dock equipment

16. International Textile Group ("ITG")
804 Green Valley
Greensboro, NC 27408
Tele: (336) 379-6220
successor to Burlington Industries -- carpet
Burlington Industries declared bankruptcy in 2001 and its assets were acquired by International Textile Group in 2003.

17. Caswell International Corp.
2540 Second St. N.E.
Minneapolis, MN 55418
Tele: (612) 379-2000
Bruce Pyatt

combat wall

18. Cassilly and Cassilly
2655 LaFayette Ave.
St. Louis, MO 63014
Tele: (314) 231-2423
Carol Laciny

great seal

19. City of St. Louis Water Division
Ronald A. Leggett
Collector of Revenue
P.O. Box 66787
St. Louis, MO 63166-6787
Tele: (314) 771-2255 (Water Division Customer Service)
Tele: (314) 622-3628 (Collector of Revenue)

water

20. CMR Construction
8500 Eager Road
St. Louis, MO 63144
Tele: (314) 962-3600
Michael Rallo, President (Chairman and CEO, 1999)
David L. Campbell, President and CEO (2000)
Michael L. Jones, Vice President, Construction Group
Dave Parasoto, Site Superintendent

general conditions/construction

21. Communitronics Corp.
1907 S. Kings Highway
St. Louis, MO 63110
Tele: (314) 771-7160

Projection screens and low voltage controllers

22. Commercial Woodworking Co.
7027 Pennsylvania Ave.
St. Louis, MO 63111
Tele: (314) 481-9800
Kim Gutknecht

finish woodwork/millwork/cabinets

23. Consolidated Warehousing and Distributing, Inc.
1230 North First Street
St. Louis, MO 63102
Tele: (314) 425-4016
Ron Chitwood

storage fiberglass panels

24. Corrigan Co., Inc.
3545 Gratiot St.
St. Louis, MO 63103
Tele: (314) 771-6200
Walter D. Eads, Vice President
Joe Milligan, Project Manager

plumbing/HVAC

25. Cupples Products
10733 Sunset Office Dr.
St. Louis, MO 63127
Tele: (314) 984-8484
William Sewell, President
Bill Thomas, Project Manager

curtainwalls and windows

26. Custom Curtainwall
1000 Fox Chase Industrial Drive
Arnold, MO 63010
Tele: (636) 282-2000
Roger Hantak, President

glazing

27. DAVITCO
35803 Veronica
Livonia, MI 48150
Tele: (734) 542-5553
Gabe Matwyuk

window washing equipment

28. Dee Brown Inc.
4101 South Shiloh Road
Gartland, TX 75041
Tele: (214) 321-6443
Robert Barnes, Jr.

inspection and coordination stone panels

29. DHP Systems, Inc.
3551 Evergreen Lane
St. Louis, MO 63125
Tele: (314) 845-3000
Hal Leeker, Vice-President

architectural sheet metal

30. DKW Construction Inc.
303 North Union, Suite 200
St. Louis, MO 63108
Tele: (314) 475-3500
C.R. Chernik

painting, epoxy flooring & wallcovering

31. Ebenisterie Beaubois Ltee.
P.O. Box 8
St. Georges, Beauce
Quebec G5Y 5C4
Tele: (418) 228-5104
Andre Morin, Assistant Project Manager
Jean Marie, Project Manager

finish woodwork/millwork/cabinets

32. EG&G Astrophysics Research Corp.
4031 Via Oro Ave.
P.O. Box 22709
Long Beach, CA 90810
Tele: (310) 513-1411
William Brown

magnitometer, security screening equipment

33. Environmental Training Center
1986 Inner Business Center Dr.
St. Louis, MO 63114
Tele: (314) 428-7020
Jeanine Arrighi

mold test training

34. Fabri-Tech Sheet Metal
1200 S. Spring
St. Louis, MO 63110
Tele: (314) 664-7539
Jim Van Becelaere

partial flashing

35. Fire Assurance, Inc.
P.O. Box 1326
11440 Dorsett Road
Maryland Heights, MO 63043
Tele: (314) 739-1433
John Convy, Jr., Vice President

fire protection

36. Foreman Fabricators
4605 McRee Avenue
St. Louis, MO 63110
Tele: (314) 771-1717
Rob Rolves

architectural metal fabricators

37. Gartland, Inc.
2010 Big Bend Blvd.
St. Louis, MO 63117
Tele: (314) 647-1750
Daniel Gartland

landscape and irrigation

38. Gate Bluegrass Precast, Inc.
101 Seventh Street
Winchester, KY
Tele: (606) 744-9481
Larry Isenhour

exterior precast

39. Glen L. DeHart & Son, Inc.
617 Cepi Dr.
Chesterfield, MO 63005
Tele: (314) 532-8181
Glen DeHart

trash compactors

40. Global Environmental Laboratories, Inc.
11040H Lin-Valle
St. Louis, MO 63123
Tele: (314) 845-8910
Roman Narconis

mold testing

41. Golterman and Sabo, Inc.
5901 Elizabeth
St. Louis, MO 63110
Tele: (314) 781-1422
Herbert Golterman, President

acoustical ceilings

42. H&G Sales
11635 Lackland Road
St. Louis, MO 63146-3526
Tele: (314) 432-8188

Kerry Van Eeckhoute

re-key customer construction key cores

43. Henry Transportation
12851 Missouri Bottom Road
Hazelwood, MO 63042
Tele: (314) 770-1611
Hubert W. Henry, Jr., President

storage of carpet/carpet tiles

44. HOF Construction Inc.
3137 Jamieson Avenue
St. Louis, MO 63139
Tele: (314) 645-2200
William B. Hof, Vice President
Larry Salters, Project Superintendent

medicine cabinets, FTUs, curtainwall repairs, elevator repairs, fire safety

45. Hellmuth, Obata & Kassabaum ("HOK")
One Metropolitan Square
211 N. Broadway, Suite 600
St. Louis, MO 63102
Tele: (314) 421-2000
Joe Robertson
Lee Labouf
Mike Capelle

architect of record

46. IKON Document Services
515 Olive, Suite 406
St. Louis, MO 63101
Tele: (314) 241-0444
Donna Tinsley, A/R Administrator

project helmet stickers

47. Industrial Steel Fabricators, Inc.
6052 Pillsbury Ave.
Minneapolis, MN
Tele: (612) 861-1661

tree grates & ramp/step rails for district court

48. Interior Concepts Inc
7150 North Ridgeway
Lincolnwood, IL 60645
Tele: (847) 677-6800
Terry Sterling

draperies

49. Interior Dimension, Inc.
655 Running Creek Dr.
Baldwin, MO 63021
Tele: (636) 386-5300
Matthew Brooks, Vice President

also P.O. Box 848
St. Peters, MO 633376

jury chairs/courtroom seating

50. J.E. Novak
1144 Olivette Executive Parkway, #100
Olivette, MO 63132
Tele: (314) 567-6100
Aaron Novak, President
Bob Berger

clean/seal precast, FTUs

51. Jensen Electric & Service Co.
125 Jensen Hills Drive
Fenton, MO 63026
Tele: (636) 349-5525
Kathleen M. Jensen, President

electrical

52. Johnson Controls
2188 Welsch Industrial Ct.
St. Louis, MO 63146
Tele: (800) 286-4836

also P.O. Box 2012
Milwaukee, WI 53201-2012
Tele: (414) 524-3630
Don Forschler

monitor and automate HVAC

53. Kane Screens
615 N. Fraley Street
Kane, PA 16735
Tele: (800) 952-6399
Michael E. Carpenter, Controller

cell benches

54. King Products, Inc.
3150 Wharton Way
Mississauga, ON, L4X 2CI
Tele: 1-800-661-5464
Chris Konstantynowicz

directories

55. LB&B Associates Inc.
9891 Broken Land Parkway
Suite 400
Columbia, MD 21046
Tele: (301) 596-2440
David Van Scoyoc, Senior VP and Controller
David Prosser, Project Manager

mechanical, commissioning

56. Lees Carpet
3330 West Friendly Ave.
P.O. Box 26027
Greensboro, NC 36429
Tele: (314) 863-8735
Thomas Decker

carpet

57. Leonard Masonry, Inc.
5925 Fee Fee Road
Hazelwood, Louis, MO 63042
Tele: (314) 731-5500
Donald Leonard, President

masonry

58. Lyon Industries, Inc.
1401 Mississippi Avenue, Bay 13
Sauget, IL 62201
Tele: (618) 875-3413
Tele: (314) 436-7500

stainless steel door

59. Maintenance Unlimited
5200 Helen Avenue
St. Louis, MO 63136
Tele: (314) 381-8585

trailer trash/sweep

60. McMaster Carr Supply
600 County Line Rd.
Elmhurst, IL 60126
Tele: (630) 833-0300

also:
P.O. Box 7690
Chicago, IL 60680

Bumper/Stainless Steel-Channel Edge Trim

61. Meramac/Baxter Valley Nursery
P.O. Box 690
Bourbon, MO 65441
Tele: (573) 468-3333
Gordon Baxter

landscaping materials

62. Metropolitan St. Louis Sewer District
P.O. Box 437
St. Louis, MO 63166
Tele: (314) 768-6230

sewer

63. Montgomery KONE, Inc.
5141 North Hanley Road
St. Louis, MO 63134
Tele: (314) 521-8800
Brad Fleskes, Branch Manager

elevators

64. Murray Enterprises
2626 PCR 730
Perryville, MO 63775
Tele: (800) 400-0712
Tele: (314) 772-8424
Bob Murray

ornamental fences

65. National Construction Rentals
National Rent-a-Fence Co.
P.O. Box 4503
Pacoima, CA 91331-1609
Tele: (800) 352-5675
John Kirkman (Jacobs employee)

fencing

66. NCS/ICS Joint Venture
2141 South 59th Street
St. Louis, MO 63144
Tele: (314) 918-7677
Mark Giulvezan, Executive Vice President
Dennis Beausang, Vice President

general conditions

67. Next Day Sign & Graphics
10098 Page Avenue
St. Louis, MO 63132
Tele: (314) 427-0901
Jerry Tobin, Customer Service

revised project sign

68. Nextel Communications
333 Inverness Drive South
Englewood, CO 80112
Tele: (800) 639-6111

project cell phones

69. North American Bullet Proof
1003 Paulson Drive
San Antonio, TX 78219
Tele: (210) 225-0982
Ron Frei, Controller

ballistic transaction windows

70. Orkin Pest Control
1530 Fenpark and P.O. Box 1009
Fenton, MO 63026 Fenton, MO 63026-1009
Tele: (636) 343-7113
T. Kemper

cats/rats/mice control

71. Overhead Door Company of St. Louis
3924 Shrewsbury Ave.
St. Louis, MO 63119
Tele: (314) 781-5200
Mike Baird

motor operated rolling steel doors

72. Overly Door Co.
574 West Otterman St. (P.O. Box 70)
Greensburg, PA 15601
Tele: (724) 834-7300
David Gidick

stainless steel doors/frames

73. Pauly Jail Building Co.
863 Horan Drive
St. Louis, MO 63026
Tele: (314) 349-7900
Robert Pohrer

cell fronts & doors

74. Pole Tech Co., Inc.
97 Gnarled Hollow Road
East Setauket, NY 11733
Tele: (516) 689-5525

Grace Bohl

flagpoles

75. Porta-King Building Systems
4133 Shoreline Dr.
Earth City, MO 63045
Tele: 1-800-456-5464
Steve Schulte

security booth

76. Ree's Contract Services
10114 W. 105th Street
Shawnee Mission, KS 66212
Tele: (913) 888-0590

security guard service

77. Robert Towell & Assoc. (now CxE Group)
1834 South Tenth Street
St. Louis, MO 63104
Tele: (314) 436-6543
Robert Towell

mechanical engineer (commissioning)

78. Sachs Electric
16300 Justus Post Road
Chesterfield, MO 63017
Tele: (314) 535-2000
Stephen Cohen, Assistant Vice President
Terry Whitthouse, Project Manager

electric

79. Safeguard Security Services, Inc.
4728 Goldfield, Building 8
San Antonio, TX 78218
Tele: (210) 661-8306

counter dip trays

80. Service Reprographics
1055 Cassens Industrial Ct.
Fenton, MO 63126
Tele: (636) 349-5959

print Phase III specifications

81. Servco Equipment Co.
3189 Jamieson Ave.
St. Louis, MO 63139
Tele: (314) 781-3189
Doug Swartz

food service equipment

82. Sharon Stair
The Sharon Companies, Ltd.
959 Lake Road
Medina, OH 44256
Tele: (330) 723-3225
Tom Pastor/Judy Lewis

stringer rails

83. Standard Fire Protection
38 Cardigan Drive
Ferguson, MO 63135
Tele: (314) 522-8581
Earl F. Burkhardt, President

activate existing fire sprinkler system

84. Stanley Access Technologies
4352 Rider Trail
Earth City, MO 63045
Tele: (314) 207-9804
Kristin DeSantis, Finance Manager

turnstiles gates

85. Sumner Group Inc./Copying Concepts
6691 Manchester and P.O. Box 20527
St. Louis, MO 63139 St. Louis, MO 63139
Tele: (314) 781-0100 (Sales)

copier rental

86. Tech Coatings
5333 SW Reeder Ave.
Topeka, KS 66604
Tele: (785) 235-3959
Lanny Schaffer

epoxy coating/flooring

87. TL Shield and Assoc., Inc.
P.O. Box 6845
Thousand Oaks, CA 91359-6845
Tele: (818) 509-8228
Tom Shield, President

handicap lifts–three push button stations

88. Venetian/Missouri Terrazzo
A Joint Venture

Venetian Terrazzo Co., Inc.
1825 Avenue "H"
St. Louis, MO 63125
Tele: (314) 544-2777

Missouri Terrazzo Co. Inc.
726-28 N. Euclid Ave.
St. Louis, MO 63108
Tele: (314) 361-8090

Richard Dreyfus, President
Raymond Remer, Secretary/Treasurer

terrazzo & tile

89. Warehouse Design
219 St. Francois Street
Florissant, MO 63031
Tele: (314) 939-8819
Bob Schuett

locker installation

90. WBH Industries
3016 Avenue E, East
Arlington, TX 76011
Tele: (817) 649-5700
Harley Webb
Pete Hetnick, Project Manager

doors & frames

91. Western Sheet Metal Works, Inc.
4466 Finney Avenue
St. Louis, MO 63113
Tele: (314) 773-8813
Charles Kromer, Jr., President

retention

92. Western Waterproofing
1947 Gravois Avenue
St. Louis, MO 63104
Tele: (314) 773-8813
Robert Diehl, Senior Branch Manager

waterproofing/membrane roofing

93. Williams Scotsman
8211 Town Center Drive
Baltimore, MD 21236-5997
Tele: (410) 931-6000
Tele: (800) 638-6963

trailer rental

94. Zee Medical
1044 Pershall Road
St. Louis, MO 63137
Tele: (314) 867-0867
Tele: (800) 423-4563

hard hats

D. Others

1. Jim Jackson, Electrical Superintendent for Phase III, was employed by EDM.

2. Jeremy Gottshammer, Safety for Phase III, previously with Heuer Safety Services

3. Sandra Hadley
Cotton & Company
635 Slaters Lane, 4th Floor
Alexandria, VA 22314
Tele: (703) 836-6701

Ms. Hadley assisted the contracting officer, Georgann Butler, with formulation of the spread sheet that was thereafter completed in order to recalculate the Government's damages. The spread sheet was completed by Ms. Butler, with the assistance of Terry Page and Brent Daubach. A copy of the spread sheet is attached.

E. Employees of the GSA Office of Inspector General involved with Phase III

Unless otherwise stated, the current employees listed below are with the GSA Office of Inspector General, 1500 East Bannister Road, Kansas City, MO 64131, telephone no. (816) 926-7052:

1. John Walsh, Audit Manager

2. Tom Barnard, Audit Manager

3. Morree Floersch, Management Analyst, resigned. Mr. Floersch is believed to reside in the Clay Center, KS, area.

4. Brandon Becker, Auditor, resigned. Mr. Becker is believed to reside in the Kansas City, KS, area.

5. Elaine Helphrey, Auditor, retired. Ms. Helphrey is believed to reside at Route 2, Box 460, Adrian, MO 64720.

6. Michelle Whisman, married and now Michelle Westrup, Management Analyst.

7. Adam Gooch, Auditor. Mr. Gooch transferred and works in the GSA Office of Inspector General, 230 S. Dearborn St., Rm. 408, Chicago, Ill. 60604, telephone no. (312) 353-7781.

8. Liza Meidinger, married and now Liza Jackson, Auditor.

9. Katina Beach, Management Analyst.

10. Dennis Winsor, Auditor, retired. Mr. Winsor is believed to reside at 6517 Ridgeview, Shawnee, KS, 66217.

11. Tina Stuart, Auditor. Ms. Stuart resides in Iowa.

II. <u>Documents</u>

1. All documents on disc provided to plaintiff's counsel on or about September 8, 2006.

2. All documents on disc provided to plaintiff's counsel on or about December 15, 2006.

3. All documents on discs provided to plaintiff's counsel on or about July 5, 2007.

4. All documents on discs provided to plaintiff's counsel on or about August 2, 2007.

5. All documents on discs provided to plaintiff's counsel on or about August 21, 2007.

6. All documents on disc provided to plaintiff's counsel on August 30, 2007.

7. Documents provided to plaintiff's counsel by letter dated September 6, 2007.

8. Videos taken of the St. Louis Courthouse after the termination for default. Copies of the videos on CDs were provided to plaintiff's counsel on April 23, 2007.

9. Robert Herron's field notes. Copies were provided to plaintiff's counsel by letters dated July 27, 2001 and April 23, 2007.

10. Copies of GSA IG reports and work papers for audits relating to Phase III contracts. By letter dated May 3, 2007, plaintiff's counsel was provided with redacted copies of the GSA IG reports relating to the Phase III contracts. By letter dated August 21, 2007, plaintiff's counsel was provided with unredacted copies of these GSA IG reports subject to the Court's protective order. The original GSA IG work papers for these audits are stored at the offices of defendant's counsel, Domenique Kirchner.

11. St. Louis Phase II contract and modifications of that contract. Plaintiff already has copies of the Phase II contract documents and modifications of that contract.

The Government is continuing to identify relevant documents. GSA's documents regarding the Phase II and Phase III contracts are stored at the offices of GSA, Kansas City, MO.

III. Computation of damages

The Government's computation of damages is set forth in the August 9, 2007 letter of GSA contracting officer Georgann Butler (attached). The spread sheet for that computation is attached. The Government seeks an award of damages amounting to $17,343,711.03.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
TRACY L. HILMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

DALTON PHILLIPS
CATHERINE CROW
General Services Administration

September 6, 2007

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on this 6th day of September, 2007, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of the foregoing "DEFENDANT'S PRELIMINARY LIST OF WITNESSES AND DOCUMENTS" addressed as follows:

James D. Wareham
Paul, Hastings, Janofsky & Walker
875 Fifteenth St. N.W.
Washington, D.C. 20005

cc:
Official File: 6PCA-I
Reading Files: LR(C. Morris/T. Hawkins/D. Phillips/C. Crow) 6L(Warnick) 6A 6P 6PC 6PCE(L. Phillips) 6ADB(K. Poole) DOJ(Kirchner/Hilmer)
6PCA-I:GButler:816-823-4918:8-9-07 GB/Stlcthse/Litigation/Final Decision – Excess Reprocurement Costs

AUG 9 2007

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

David Leonard, President
AMEC Construction Management, Inc.
2200 Fletcher Ave.
Fort Lee, New Jersey 07025

Re: **Thomas F. Eagleton United States Courthouse, St. Louis, MO**
**Contract No. GS06P95GZC0501 – Phase II (NMO37113) –**
**Recomputation of Final Decision**

Dear Mr. Leonard:

As per my April 24, 2007 letter regarding this subject, I am correcting errors in the computation of the costs assessed against AMEC in my final decision dated March 21, 2006, which is currently the subject of litigation in case number 06-867C before the U.S. Court of Federal Claims.

Under my recomputation, the costs assessed to AMEC are based on FAR 52.249-10 – Default (Fixed Price Construction) APR 1984), FAR 52.246-12 – Inspection of Construction (JUL 1986), and FAR 52.212-5 – Liquidated Damages – Construction (APR 1984) which, respectively, authorize the Government to assess excess reprocurement costs, backcharge the contractor for the costs to repair defective work, and assess liquidated damages.

My recomputation is as follows:

**Sum of Expenditures to Complete Project:**

| | | |
|---|---|---|
| 1. | **Sum of all Phase III contracts**<br>During Phase III, GSA completed AMEC's remaining Phase II contract work. This figure accounts for all costs incurred during Phase III, including excess reprocurement costs and the costs to fix defective work and reprocure missing materials. | $50,861,540.09 |
| 2. | **Estimated Cost to Repair Curtainwall Mullion** | $342,955.06 |
| | **SUBTOTAL A** (sum of Lines 1 and 2) | $51,204,495.15 |

**Of the total Phase III and estimated costs, the following are not charged to AMEC:**

| | | |
|---|---|---|
| 3. | **Cash Recovered Phase III Overpayments from Audits** | ($104,924.60) |
| 4. | **GSA Initiated Changes** | ($7,371,897.10) |

| | | |
|---|---|---|
| 5. | Other | ($146,592.56) |
| | Issues and/or modifications between MDI and subcontractor only | |
| | **SUBTOTAL B** (subtotal A minus lines 3-5) | $43,581,080.89 |
| 6. | **MDI Phase II Contract Balance** | ($24,540,463.49) |
| | **SUBTOTAL C** (subtotal B minus line 6) | $19,040,617.40 |

**The following was assessed for liquidated damages:**

| | | |
|---|---|---|
| 7. | **Liquidated Damages (6/1/99-5/17/00)** | $ 1,760,000.00 |
| | **SUBTOTAL D** (sum of Subtotal C and Line 7) | $20,800,617.40 |

**The following is subtracted:**

| | | |
|---|---|---|
| 8. | **MDI Phase II Progress Retainage (FAR 49.406)** | ($ 3,456,906.37) |
| | **SUBTOTAL E** (sum of line 8) | ($ 3,456,906.37) |
| | **TOTAL ASSESSED** (subtotal D minus subtotal E) | **$17,343,711.03** |

Sincerely,

Georgann Butler 8/9/07

Georgann Butler
Contracting Officer
Construction Acquisition Branch I
Project Management Division
Public Buildings Services (6PCA-I)

cc: Seaboard Surety Company (Bond No. 320442-95)
One Tower Square
Hartford, CT 06183

American Home Assurance Company (Bond No. 16-07-23)
70 Pine Street
New York, NJ 10270

Steven W. Schoenhaar
St. Paul Fire & Marine Insurance Company
385 Washington St.
St. Paul, MN 55102

James D. Wareham, Esq.
Paul Hastings Janofsky & Walker, LLP
875 15th Street, NW
Washington, DC 20005

Concur/Approved for Legal Sufficiency:

_______________________ Date AUG 9, 2007
Regional Counsel (6L)

Concur:

_______________________ Date 8/9/07
Cy Houston
Director, Project Management Division (6PC)

Concur:

for _______________________ Date 8/9/07
Mary Ruwwe
Assistant Regional Administrator (6P)