# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: February 1, 2008

*****************************************
MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*****************************************

**ORDER**

Defendant's January 30, 2008 Motion for Leave to File Attached Surreply to Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Spoilation Sanctions is granted. Defendant will file the Surreply on or before February 8, 2008.

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**