IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC. d/b/a AMEC CONSTRUCTION MANAGEMENT, INC., Plaintiff, | ) | |
| v. | ) | Nos. 99-279C and consolidated cases |
| | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

**UNITED STATES' MOTION TO LIFT SEAL UPON MATTERS ADDRESSING FORMERLY SEALED PROCEEDINGS IN ANOTHER COURT**

Defendant, the United States, respectfully requests that this Court lift its seal upon the Notice and attachments filed by the United States on June 5, 2007 (docket number 268), the June 22, 2007 transcript (docket number 274), and the November 14, 2007 transcript. On June 5, 2007, the Court granted the United States' Unopposed Motion For Leave to File Under Seal Notice To The Court Of Sealed Proceedings In Another Court (docket number 266). Thereafter, on June 5, 2007, the United States filed under seal a Notice attaching a sealed order and transcript of hearing in another court (docket number 268). Subsequently, this Court also placed under seal transcripts of its status conferences held with the parties on June 22, 2007 and November 14, 2007, in which reference was made to the above-mentioned proceedings. There is no longer any need for this Court to maintain its seal upon these court records, since, as demonstrated in the attached December 27, 2007 ruling of the United States District Court for the District of New Jersey, the proceedings in the District of New Jersey are no longer under seal.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
JOYCE R. BRANDA
Directors

PATRICIA R. DAVIS
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:

Tracy L. Hilmer
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

Eric L. Miller
Office of the Inspector General
General Services Administration

Catherine Crow
General Services Administration

February 15, 2008

NOT FOR PUBLICATION **CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

THE UNITED STATES OF AMERICA,

Petitioner,

v.

AMEC CONSTRUCTION MANAGEMENT, INC.,
f/k/a MORSE DIESEL INTERNATIONAL, INC.,

Respondent,

HARRIS TRUST & SAVINGS BANK,
JPMORGANCHASE & CO., and
THE NEW YORK TIMES BUILDING, LLC,

Garnishees.

Civil No. 07-2016
Hon. Faith S. Hochberg, U.S.D.J.

**ORDER**

December 27, 2007

This matter having come before the Court upon the United States' Motion to Increase the Amount of the Court's Writ of Garnishment ordered on May 24, 2007 pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et seq., upon Respondent's Renewed Motion to Quash the Writ of Garnishment and for Dismissal of the Action (filed July 25, 2007), and upon Respondent's Appeal of the Magistrate Judge Shwartz's Order granting the United States' motion to lift the seal on this matter (filed Sept. 13, 2007), and the Court having considered the submissions of the parties pursuant to Fed. R. Civ. P. 78; and

it appearing that in Orders dated October 31, 2007 and November 16, 2007 in Morse Diesel Int'l, Inc. V. United States, No. 99-279C and consolidated cases (Fed. Cl.), the United States Court of Federal Claims issued an Order granting summary judgment in favor of the United States and awarding damages and penalties to the United States ("the Court of Federal

Claims Order"); and

it appearing that the Court of Federal Claims Order has awarded the United States damages and penalties totaling $7,282,123 under the False Claims Act and the Anti-Kickback Act; and

it appearing that the United States is entitled under 28 U.S.C. § 3011 to $728,212.30 as a 10 percent surcharge of the total amount of damages and penalties awarded by the Court of Federal Claims Order; and

it appearing that the Court of Federal Claims Order firmly establishes the amount of the United States' claim for a debt against AMEC Construction Management, Inc. ("AMEC") and therefore moots AMEC's challenge to the United States' proof of the validity of the debt; and

it appearing that the Court of Federal Claims Order is public and will be published; and

it appearing that the Court of Federal Claims Order describes in detail AMEC's misconduct and determines that AMEC should be subject to the maximum available civil penalties under the False Claims Act and the Anti-Kickback Act and thus renders moot any claim that AMEC may have had related to injury to its reputation if this case is unsealed;

**IT IS** on this 27th day of December, 2007,

**ORDERED** that the Respondent's Renewed Motion to Quash the Writ of Garnishment and for Dismissal of the Action (filed July 25, 2007) is **DENIED**; and it is further

**ORDERED** that Magistrate Judge Shwartz's Order granting the United States' motion to lift the seal on this matter (filed Sept. 13, 2007) is **AFFIRMED** and Respondent's appeal of the order is **DENIED**; and it is further

**ORDERED** that the parties shall confer with the docket clerk to ensure that redacted versions of any documents containing account numbers are filed and all other filings are to be

unsealed in compliance with the procedures set forth in Magistrate Judge Shwartz's Order dated Sept. 7, 2007; and it is further

**ORDERED** that the United States' Motion to Increase the Amount of the Court's Writ of Garnishment is **GRANTED**, and the Clerk of this Court shall issue a Writ of Garnishment to Garnishee JPMorganChase & Co. in the total amount of $8,010,335.30; and it is further

**ORDERED** that this case shall be unsealed; and it is further

**ORDERED** that this case is closed.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.