**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC.,<br>f/k/a Morse Diesel International, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 99-279 and<br>consolidated cases<br>(Judge Braden) |

**PROPOSED ORDER**

**IT IS** on this ______ day of ____________________, 2008;

**ORDERED** that, the relief requested in by AMEC Construction Management, Inc. ("ACMI") in its Motion for Leave to File Response to Defendant's Surreply to Plaintiff's Motion for Spoliation Sanctions be and hereby is GRANTED.

________________________________
Hon. Susan G. Braden
Judge