IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC. d/b/a AMEC CONSTRUCTION MANAGEMENT, INC., Plaintiff, | ) | |
| v. | ) | Nos. 99-279C and consolidated cases |
| | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

UNITED STATES' MOTION FOR LEAVE TO FILE ATTACHED DECLARATION AND UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE ATTACHED RESPONSE TO DEFENDANT'S SURREPLY TO PLAINTIFF'S MOTION FOR "SPOLIATION" SANCTIONS

Defendant, the United States, respectfully files this response to plaintiff's February 15, 2008 motion for leave to file its attached response to defendant's sur-reply to plaintiff's motion for spoliation sanctions. On this issue, plaintiff Morse Diesel International, Inc. ("MDI"), now known as AMEC Construction Management Inc., filed its motion, dated November 14, 2007; defendant filed its opposition, dated December 21, 2007; plaintiff filed its reply dated January 11, 2008; and defendant filed its sur-reply dated February 1, 2008.

Plaintiff's allegations and arguments on its motion for spoliation sanctions continue to evolve in each brief that it has filed. For example, in its February 15, 2008 response, plaintiff makes new and unsupported allegations that John Walsh considered and used the notes that he made during depositions in this case in preparing his computation of harm reports and his report on MDI's payments to subcontractors for Government counsel, and that Mr. Walsh used the notes that he made during depositions "to record aspects of the testimony on which he intended to rely, in preparing his report." Pl. Response at 10-11, 14. These allegations are unsupported.

Defendant does not object to plaintiff's motion for leave to file its attached response provided that the Court also allows the Government to file the attached declaration of John Walsh in response to plaintiff's new allegations.[1]

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

JOYCE R. BRANDA
Director

PATRICIA R. DAVIS
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Fax: (202) 514-8624
Attorneys for Defendant

[1] In response to an email from the Court's law clerk asking whether there could be "a mutual agreement between the parties on the amount of briefing" related to plaintiff's motion for spoiliation sanctions, defendant's counsel inquired by email of plaintiff's counsel whether plaintiff would object to our filing of the attached declaration of John Walsh, and stated that assuming that plaintiff did not object then the Government would not object to plaintiff's motion for leave to file a response to the Government's sur-reply. Plaintiff's counsel did not respond to our inquiry.

Of Counsel:
TRACY L. HILMER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

CATHERINE CROW
General Services Administration
February 29, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-279 and |
| | ) | consolidated cases |
| THE UNITED STATES, | ) | (Judge Braden) |
| | ) | |
| Defendant. | ) | |

DECLARATION OF JOHN WALSH

I, John Walsh, make the following declaration with respect to the above-captioned cases.

1. I have given several depositions in this matter.

2. I attended the following depositions in this case in order to provide assistance to Government counsel who questioned the Morse Diesel International, Inc. (MDI) witnesses: Steve Dollens, MDI senior project accountant on St. Louis Courthouse project (June 29, 2001); Ronald Estock, MDI Regional Accounting Manager, Chicago Region (September 6-7, 2001); Steven Paquette, MDI project manager on St. Louis Courthouse project (October 17, 2001); Ronni Meltzer Brenner, MDI Senior Vice-President and Comptroller (November 1-2, 2001); Joseph Mandile, MDI Vice-President of Accounting (November 2, 2001); Michael Swann, MDI assistant project manager on St. Louis Courthouse project (December 11, 2001); Paul Laskowske, MDI senior project manager on St. Louis Courthouse project (December 12-13, 2001); James Roosa, MDI superintendent on St. Louis Courthouse project

(December 13, 2001); Graham Harwood, MDI contract administrator (January 31-February 1, 2002), Muhammed Azim, MDI Vice-President and Chief Estimator (July 19, 2002), and Joseph Barsalona, MDI's expert witness (May 31 and August 29, 2002). I also attended the July 17, 2002 depositions of AON Risk Services employees Anthony Romano and Richard Ferruci, and the April 11, 2002 deposition of Stephen Georgian, KPMG's designated witness, also to provide assistance to Government counsel in questioning the witnesses. Excerpts from the deposition transcripts are attached.

3. I made notes during many of these depositions. The notes that I made during depositions consisted of a few words of what the deponent essentially had said (not verbatim) so that I could jog my memory when I later discussed with Government counsel if they wanted to ask additional questions to follow up on what the deponent had said. During the depositions, I also sometimes made notes that were questions that Government counsel might ask of the witness. I have searched my records and have not found any of the notes that I made during the depositions that I attended in this case, and I believe that I did not retain such notes.

4. I understand that plaintiff claims that I considered the notes that I made during depositions when preparing my computation of harm reports and my report on MDI payments to subcontractors for Government counsel. That assertion is

incorrect. I understand that plaintiff also claims that I used the notes I made during depositions to record aspects of the testimony on which I intended to rely in preparing my reports. That assertion is also incorrect. I did not review, consider, rely upon, or use in any manner any of the notes that I made in depositions in preparing my computation of harm reports and my report on MDI payments to subcontractors for Government counsel. I did not use the notes that I had made in depositions in any manner after the day on which I made such notes.

5. With regard to the depositions of witnesses, I reviewed and relied upon the court reporters' transcripts of witnesses' testimony (and attached deposition exhibits) in preparing my reports for Government counsel, in addition to other materials. Again, I never used the notes I made in depositions in any manner after the deposition was completed.

6. I attended the October 4, 2007 deposition of James Brogan, a former MDI Vice-President and Commercial Director. I did not make any notes during his deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of February, 2008.

John Walsh

2

UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, )
INC., )
)
Plaintiff, )
) CASE NOS. 99-279C,
VS. ) 99-529C, 99-530C
)
THE UNITED STATES OF AMERICA, ) (Senior Judge Smith)
)
Defendant. )

Deposition of STEPHEN DOLLENS, produced, sworn, and examined on behalf of the Defendant on June 29, 2001, between the hours of 9:00 in the forenoon and 5:00 in the afternoon of that day at the Thomas F. Eagleton Courthouse, U.S. Attorney's Office, 111 South 10th Street, 18th Floor, St. Louis, Missouri, before Deborah A. Kriegshauser, a Registered Professional Reporter and Notary Public within and for the State of Missouri.

3

APPEARANCES

PECKAR & ABRAMSON, P.C.
70 Grand Avenue
River Edge, NJ 07661
BY: PATRICK GREENE, ESQ.
For the Plaintiff
(201) 343-3434

U.S. DEPARTMENT OF JUSTICE
Civil Division
1100 L. Street, N.W., Suite 12046
Washington, DC 20530
BY: DOMENIQUE KIRCHNER
For the Defendant
(202) 307-0290

GENERAL SERVICES ADMINISTRATION
BY: JOHN WALSH
(314) 538-3280

4

INDEX OF EXAMINATIONS

PAGE
Examination by Ms. Kirchner .................... 7

INDEX OF DOLLENS EXHIBITS

DESCRIPTION PAGE
Exhibit #1 -- Computer-Generated Report -- .... 15 "Invoice"
Exhibit #2 -- Cash Requirements Report ......... 24
Exhibit #3 -- Reconciliation Reports ........... 29
Exhibit #4 -- Contract for Thomas F. .......... 39 Eagleton U.S. Courthouse
Exhibit #5 -- Bates stamped MDIF 081 0418 ..... 45 to 081 0428
Exhibit #6 -- 5-2-96 Memorandum from J. ....... 46 Cavanagh to Territory Managers
Exhibit #7 -- 8-27-96 Memo from S. Dollens .... 55 to P. Laskowske
Exhibit #8 -- 9-12-96 Memo to P. Laskowske ..... 60
Exhibit #9 -- 9-24-96 Memo from S. Dollens .... 61 to P. Laskowske
Exhibit #10 -- 10-3-96 Memo from S. Dollens ... 64 to P. Laskowske
Exhibit #11 -- 10-15-96 Memo from S. ...... 65 Dollens to P. Laskowske
Exhibit #12 -- 10-23-96 Memo from S. ......... 66 Dollens to P. Laskowske
Exhibit #13 -- 11-21-96 Memo from R. ..... 68 Meltzer to S. Dollens
Exhibit #14 -- 11-21-96 Memo from R. ......... 71 Meltzer to S. Dollens
Exhibit #16 -- Project Management Menu ........ 78
Exhibit #17 -- 12-19-96 Memo from S. ....... 79 Dollens to Distribution
Exhibit #18 -- Morse Diesel Invoices to GSA .... 81
Exhibit #19 -- 1-13-97 Memo from S. Dollens ... 83 to J. Onnembo
Exhibit #20 -- 1-13-97 Memo from S. Dollens ... 84 to J. Onnembo
Exhibit #21 -- 1-17-97 Memo from S. Dollens .. 86 to J. Onnembo
Exhibit #22 -- 1-24-97 Memo from S. Dollens .. 87 to J. Onnembo
Exhibit #23 -- 2-3-97 Memo from S. Dollens .... 87 to J. Onnembo
Exhibit #24 -- 2-7-97 Memo from S. Dollens ... 88 to J. Onnembo

5

to P. Laskowske
Exhibit #26 -- Group Exhibit of Memos ......... 91 Prepared by S. Dollens
Exhibit #27 -- 1-20-97 Memo from R. Estock .... 94 to Various Individuals
Exhibit #29 -- 11-12-98 Fax from M. .......... 98 McGaughan to G. Harwood & P. Lawkowske
Exhibit #30 -- 1-23-97 Memo from D. Hoffman .. 100 to E. Spileos, B. Lyons & P. Laskowske
Ex. 31 = 4-19-96 Memo from R.L. Meltzer to .... 101 Morse Diesel
Ex. 32 = 4-22-96 Memo from R. Estock to ...... 102 Morse Diesel
Ex. 33 = FAX to Barb Miller from Steve ....... 104 Dollens with Attachments
Ex. 34 = Purchase Order from Bulte Company .... 107
Ex. 35 = Application for payment from Bulte .. 108 to Morse Diesel
Ex. 36 = Unidentified Exhibit ................ 109
Ex. 37 = Reconciliation Form dated 10-19-98 ... 109
Ex. 38 = Pay Application Number 33 ........... 111
Ex. 39 = Invoice Report dated 10-20-98 ........ 113
Ex. 40 = Bulte invoice dated 9-15-98 .......... 116
Ex. 41 = Sub-History report dated 4-6-00 ...... 117
Ex. 42 = 5-8-98 Memo from Mark Simpson to 119 Ms. Davison and Mr. Dollens
Ex. 43 = Morse Diesel Pay Application No. .... 120 29 dated 6-4-98
Ex. 44 = Morse Diesel's Pay Application No. .. 124 30 of 7-8-98
Ex. 45 = Memo from Adams Landscaping to ...... 125 Morse Diesel dated 1-6-99
Ex. 46 = Application for Payment from Adams .. 125 Landscaping dated 3-24-99
Ex. 47 = Application for Payment from Adams .. 126 Landscaping dated 3-24-99
Ex. 48 = Application for Payment from Adams .. 129 Landscaping dated 3-24-99
Ex. 49 = Application for Payment from Adams .. 131 Landscaping
Ex. 50 = 4-29-99 Transmittal Letter from ..... 132 Eric Holst to Adams Landscaping
Ex. 51 = Insurance Transmittal Form dated .... 133 5-7-99
Ex. 52 = 10-6-98 Memo from Steve Dollens to .. 137 Lori Rimkus
Ex. 53 = 4-23-99 Memo from Mr. Dollens ....... 139 regarding Adams Landscaping
Ex. 54 = Application for Payment from ........ 144

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 99-279C, 99-529C, 99-530C
(Senior Judge Smith)

MORSE DIESEL INTERNATIONAL, INC.,
Plaintiff,
v.
UNITED STATES OF AMERICA,
Defendant.

DEPOSITION
OF
RONALD ESTOCK

RALEIGH, NORTH CAROLINA
SEPTEMBER 6-7, 2001

REPORTED BY: KIMBERLY L. CRAWFORD





APPEARANCES

FOR THE PLAINTIFF:

PATRICK J. GREENE, JR., ESQ.
PECKAR & ABRAMSON
70 GRAND AVENUE
RIVER EDGE, NEW JERSEY 07661-1934

TELEPHONE: (201) 343-3434
FACSIMILE: (201) 343-6306

JAMES M. McHALE, ESQ.
SEYFARTH SHAW
815 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20006

TELEPHONE: (202) 828-5360
FACSIMILE: (202) 828-5395

FOR THE DEFENDANT:

DOMENIQUE KIRCHNER, ESQ.
TRACY L. HILMER, ESQ.
COMMERCIAL LITIGATION BRANCH
CIVIL DIVISION
UNITED STATES DEPARTMENT OF JUSTICE
CLASSIFICATION UNIT, 8TH FLOOR
1100 L STREET, N.W.
WASHINGTON, D.C. 20005

TELEPHONE: (202) 307-0290
FACSIMILE: (202) 514-8624

ALSO PRESENT:

JOHN WALSH, GSA
1500 E. BANNISTER
KANSAS CITY, MISSOURI 64131

TELEPHONE: (816) 926-7052





T A B L E  O F  C O N T E N T S

E X A M I N A T I O N  I N D E X


| WITNESS | PAGES |
|---|---|
| RONALD ESTOCK - SEPTEMBER 6-7, 2001 | |
| DIRECT EXAMINATION BY MS. KIRCHNER | 14-461 |


E X H I B I T S  I N D E X


| NUMBER | DESCRIPTION | INTRODUCED |
|---|---|---|
| DEF. #1 | MDI LETTER DATED 8/16/94 TO ANNE ANDERSON FROM WILLIAM T. LYONS (17 PAGES) | 23 |
| DEF. #2 | SPECIFICATION AND BID FORMS PROJECT NO. NM037112, VOLUME I OF III (199 PAGES) | 31 |
| DEF. #3 | MDI MEMO DATED 7/26/94 TO R. ESTOCK FROM R.L. MELTZER (2 PAGES) | 36 |
| DEF. #4 | MDI MEMORANDUM DATED 6/21/94 FROM R. ESTOCK SUBJECT: GENERAL LEDGER CHART OF ACCOUNTS (11 PAGES) | 51 |
| DEF. #5 | MDI/CMR 8/20/94 HANDWRITTEN MEMO TO RON ESTOCK, SIGNED BY "STEVE" RE: GSA COURTHOUSE APPLICATION FOR PAYMENT (1 PAGE) | 55 |
| DEF. #6 | MDI 8/22/94 FAX COVER SHEET TO STEVE PAQUETTE FROM RON (1 PAGE) | 56 |






E X H I B I T S  I N D E X


| NUMBER | DESCRIPTION | INTRODUCED |
|---|---|---|
| DEF. #7 | MDI LETTER DATED 8/25/94 TO ANNE ANDERSON FROM GRAHAM W. HARWOOD (2 PAGES) | 58 |
| DEF. #8 | MDI MEMO DATED 8/2/94 TO R. MELTZER FROM R. ESTOCK (3 PAGES) | 61 |
| DEF. #9 | U.S. COURTHOUSE INFORMATION DISCUSSION WITH CRSS AND GSA 7/8/94 RE: PAYMENT, SCHEDULE, SUBMITTALS (2 PAGES) | 64 |
| DEF. #10 | MDI FAX FORM DATED 7/22/94 TO GRAHAM HARWOOD FROM KIRWIN FORD (4 PAGES) | 69 |
| DEF. #11 | MDI FAX DATED 6/6/96 TO KIRWIN FORD FROM GRAHAM HARWOOD (9 PAGES) | 71 |
| DEF. #12 | WILLIS CORROON LETTER DATED 7/13/94 TO KIRWIN FORD FROM CHRISTINE RYAN (3 PAGES) | 75 |
| DEF. #13 | MDI LETTER DATED 9/12/94 TO ANNE B. ANDERSON FROM WILLIAM T. LYONS (17 PAGES) | 78 |
| DEF. #14 | MDI MEMORANDUM DATED 11/10/94 TO STEVE PAQUETTE FROM R. ESTOCK, (3 PAGES) | 100 |
| DEF. #15 | UNITED STATES COURT OF FEDERAL CLAIMS SUBPOENA DUCES TECUM TO RONALD J. ESTOCK (4 PAGES) | 111 |
| DEF. #16 | ARENT FOX LETTER DATED 10/20/00 TO DONALD J. SUDA FROM CRAIG S. KING (32 PAGES) | 114 |

UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, )
INC., )
)
Plaintiff, )
) CASE NOS. 99-279C,
VS. ) 99-529C, 99-530C
)
THE UNITED STATES OF AMERICA, ) (Senior Judge Smith)
)
Defendant. )

Deposition of STEVEN PAQUETTE, produced, sworn, and examined on behalf of the Defendant on October 17, 2001, between the hours of 9:30 in the forenoon and 6:30 in the evening of that day at the Thomas F. Eagleton Courthouse, U.S. Attorney's Office, 111 South 10th Street, 20th Floor, St. Louis, Missouri, before Deborah A. Kriegshauser, a Registered Professional Reporter and Notary Public within and for the State of Missouri.



APPEARANCES

PECKAR & ABRAMSON, P.C.
70 Grand Avenue
River Edge, NJ 07661
BY: PATRICK GREENE, ESQ.
For the Plaintiff
(201) 343-3434

U.S. DEPARTMENT OF JUSTICE
Civil Division
1100 L. Street, N.W., Suite 12046
Washington, DC 20530
BY: DOMENIQUE KIRCHNER
For the Defendant
(202) 307-0290

GENERAL SERVICES ADMINISTRATION
BY: JOHN WALSH
(314) 538-3280



INDEX OF EXAMINATIONS

PAGE
Direct Examination by Ms. Kirchner .............. 7
Cross Examination by Mr. Greene ............... 192
Redirect Examination by Ms. Kirchner .......... 196
Recross Examination by Mr. Greene ............ 202
Redirect Examination by Ms. Kirchner .......... 202

INDEX OF PAQUETTE EXHIBITS

DESCRIPTION PAGE
Exhibit #1 -- No. 1 Pay Application ............ 15
Exhibit #2 -- Pre-Construction Meeting ........ 16
Minutes
Exhibit #3 -- 7-28-94 Meeting ................. 17
Minutes/Discussion Points
Exhibit #4 -- Draft of No. 1 Pay ............. 22
Application
Exhibit #5 -- Back-Up Data for No. 1 Pay ...... 25
Application
Exhibit #6 -- Fax & Notes between R. Estock ... 26
and S. Paquette
Exhibit #7 -- Pay Application No. 2 ........... 38
Exhibit #8 -- Transmittal of Pay .............. 43
Application No. 2 with Back-Up
Exhibit #9 -- Payment Voucher No. 2 ........... 46
Exhibit #10 -- 1-25-95 Letter from S. ......... 48
Paquette to R. Haddock
Exhibit #11 -- 2-2-95 Letter from GSA to S. ... 53
Paquette
Exhibit #12 -- 6-30-95 Fax from R. Estock ..... 54
to R. Meltzer
Exhibit #13 -- MDI's Response to the Audit .... 59
of Change Order P-03
Exhibit #14 -- Monthly Forecast Report ......... 66
Exhibit #15 -- 11-7-95 Memo from D. Kazak ..... 67
to S. Paquette
Exhibit #16 -- 2-15-95 Memo from D. Kazak ..... 72
to S. Paquette
Exhibit #17 -- 9-14-95 Memo from D. Kazak ..... 73
to R. Meltzer
Exhibit #18 -- Anticipated Cost Detail ........ 80
Report
Exhibit #19 -- 9-8-94 Memo from D. Kazak to ... 85
W. Lyons
Exhibit #20 -- 2-21-95 Morse Diesel ........... 94
International Voucher
Exhibit #21 -- 6-16-95 Memo from S. ........... 96
Paquette to B. Lyons



Dugnani to G. Parham
Exhibit #23 -- 6-27-95 Letter from G. ........ 105
Parham to A. Ressi
Exhibit #24 -- 6-21-95 Memo from B. Lyons .... 109
to R. Estock
Exhibit #25 -- 6-28-95 Letter from G. ........ 111
Parham to G. Rojas
Exhibit #26 -- 6-29-95 Letter from G. ........ 116
Parham to G. Dugnani
Exhibit #27 -- 9-13-95 Letter from G. ........ 118
Parham to M. Fay
Exhibit #28 -- 11-7-95 Memo from D. Kazak .... 122
to G. Parham
Exhibit #29 -- 2-13-96 Fax from SRS to Anne .. 123
Anderson
Exhibit #30 -- 6-9-95 Letter from G. Parham .. 123
to G. Rojas
Exhibit #31 -- 8-2-94 Memo from R. Estock .... 126
to R. Meltzer
Exhibit #32 -- Memo from Dan Kazak to Bill ... 132
Lyons
Exhibit #33 -- 11-3-94 Fax from Dan Kazak .... 133
to Steve Paquette
Exhibit #34 -- 3-27-96 Fax from J. ........... 135
Bernstein to S. Paquette
Exhibit #35 -- 11-10-94 Memo from D. Kazak ... 137
to S. Paquette
Exhibit #36 -- Application for Payment ....... 141
Instructions
Exhibit #37 -- 1-12-96 Memo from S. .......... 141
Paquette to Subcontractors
Exhibit #38 -- 6-29-95 Letter from G. ........ 144
Parham to A. Ressi & G. Rojas
Exhibit #39 -- 11-10-94 Memo from M. Jones ... 146
to B. Lyons & Others
Exhibit #40 -- 8-18-94 Letter from T.R. ...... 149
Monson to M. Jones
Exhibit #41 -- 10-20-95 Letter from S. ....... 149
Paquette to R. Haddock
Exhibit #42 -- 10-23-95 Note from S. ......... 152
Paquette to R. Haddock
Exhibit #43 -- Payment Voucher No. 14 ........ 164
Exhibit #44 -- Pay Application No. 16 ........ 168
Exhibit #45 -- 1-3-96 Fax from D. Kazak to ... 179
S. Paquette
Exhibit #46 -- Facsimile from S. Paquette .... 181
to D. Kazak
Exhibit #47 -- Specification and Bid Forms .... 184
Exhibit #48 -- Pacific Form Corp. Invoices .... 196

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

MORSE DIESEL INTERNATIONAL, INC.,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

Nos. 99-279C, 99-529C, 99-530C

---

November 1, 2001
9:34 a.m.

1633 Broadway
New York, New York

DEPOSITION

of RONNI MELTZER, held at the above-noted time and place before Wayne Hock, a Notary Public of the State of New York, pursuant to Notice, the Provisions of the FRCP pertaining thereto, and stipulations between counsel.

APPEARANCES:

PECKAR & ABRAMSON
Attorneys for Plaintiff
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

BY: PATRICK J. GREENE, JR., ESQ., of Counsel

MARANDA E. FRITZ, ESQ.
Attorney for Witness
565 Fifth Avenue
New York, New York 10017

UNITED STATES DEPARTMENT OF JUSTICE
COMMERCIAL LITIGATION BRANCH
CIVIL UNIT
1100 L Street, N.W.
Washington, D.C. 20005
BY: DOMENIQUE KIRCHNER, ESQ., of Counsel
TRACY HILMER, ESQ., of Counsel

ALSO PRESENT:
GENERAL SERVICES ADMINISTRATION
1500 East Bannister
Kansas City, Missouri 64131
(816) 926-7052

BY: JOHN WALSH

* * *



RONNI MELTZER, having been first duly sworn by a Notary Public of the State of New York, upon being examined, testified as follows:

EXAMINATION BY
MS. KIRCHNER:
Q. Could you first state your name and business address for the record.
A. Ronni, R O N N I, Meltzer, M E L T Z E R. I also go by Brenner, B R E N N E R. 1633 Broadway, twenty-fourth floor, New York, New York 10019.
Q. Is it all right if I call you Ronni during the deposition?
A. Yes, of course.
MS. KIRCHNER: Ronni, my name is Domenique Kirchner, I'll be asking you questions. It's important that you and I not speak at the same time. Let me finish the question before you begin your answer.
If my question is unclear, let me know and I'll rephrase the



R. Meltzer
question.
If you need a break, let us know. I'll rely on you to tell us when you need a break.
Q. Could you first describe your educational background for me?
A. I have an accounting degree from the University of Maryland in College Park, graduated in 1980.
Q. Do you have any graduate work?
A. No.
Q. Are you a certified public accountant?
A. No.
Q. Have you ever been?
A. No.
Q. Could you please describe your experience with Morse Diesel?
A. I joined Morse Diesel in 1987, April I believe it was. I've worked obviously since then. Pretty much always had the same position, different titles; they changed during certain promotions.
Q. And what is your current title?



R. Meltzer
A. Senior vice president, comptroller.
Q. How long have you been a senior vice president?
A. The years?
Q. Yes, approximately how many years?
A. I guess three years.
Q. And how long have you been the comptroller, approximately?
A. Oh, since I joined. I always had that title, just variations to it.
Q. As comptroller for Morse Diesel, and I understand Morse Diesel is now AMEC?
A. Right.
Q. But I'm going to refer to it as Morse Diesel.
As comptroller for Morse Diesel, can you define for me your primary responsibilities?
A. I'm in charge of project accounting which has numerous people that work for me throughout the country. There are different levels of project

IN THE UNITED STATES COURT OF
FEDERAL CLAIMS

---

MORSE DIESEL INTERNATIONAL, INC.,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

Nos. 99-279C, 99-529C, 99-530C

---

November 2, 2001
9:08 a.m.

1633 Broadway
New York, New York

CONTINUED DEPOSITION

of RONNI MELTZER, held at the above-noted time and place before Wayne Hock, a Notary Public of the State of New York, pursuant to Notice, the Provisions of the FRCP pertaining thereto, and stipulations between counsel.

258

APPEARANCES:

PECKAR & ABRAMSON
Attorneys for Plaintiff
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

BY: PATRICK J. GREENE, JR., ESQ., of Counsel

MARANDA E. FRITZ, ESQ.
Attorney for Witness
565 Fifth Avenue
New York, New York 10017

UNITED STATES DEPARTMENT OF JUSTICE
COMMERCIAL LITIGATION BRANCH
CIVIL UNIT
1100 L Street, N.W.
Washington, D.C. 20005
BY: DOMENIQUE KIRCHNER, ESQ., of Counsel
TRACY HILMER, ESQ., of Counsel

ALSO PRESENT:
GENERAL SERVICES ADMINISTRATION
1500 East Bannister
Kansas City, Missouri 64131
(816) 926-7052

BY: JOHN WALSH

* * *

259

RONNI MELTZER, having been first previously sworn by a Notary Public of the State of New York, upon being examined, testified as follows:

EXAMINATION BY
MS. KIRCHNER:

Q. You understand you're still under oath?
A. Yes.
Q. Could you take a look at Exhibit 51, please.
A. Sure.
Q. And do you recognize the response to interrogatories one and two? You can take as much time as you need to review them.
A. (Reviewing).
What's the Exhibit A?
Q. I also have Exhibit A.
MS. KIRCHNER: Let's mark two more exhibits. I'm going to mark Exhibit A and Exhibit B.
(Whereupon, a document entitled

260

R. Meltzer

Exhibit A was marked Meltzer Exhibit 52 identification.)
(Whereupon, a document entitled Exhibit B was marked Meltzer Exhibit 53 identification.)
Q. I'm also handing you, so you have in front of you Exhibit A and Exhibit B. We've marked Exhibit A as fifty-two, Exhibit B as fifty-three.
A. (Reviewing).
I don't remember A and B. I do remember reading the response for interrogatory one and two confirming the accounting aspect of how accounting flows.
Q. I just want to remind you to keep your voice up. I'm hearing the air conditioning.
MR. GREENE: Are you answering a question at that point in time?
THE WITNESS: Yes.
Q. Now, did you provide information in response to interrogatories one and two?
A. What I did was I read the

261

R. Meltzer

write-up and confirmed of how the process for accounting works.
Q. Did you confirm the -- is the response for one and two the same response?
A. It appears to be.
Q. Let's just go to interrogatory number two and the answer to that interrogatory.
Referring to the first paragraph that begins, "it is not possible," can you tell me, are there portions of that paragraph that you did not supply the information that's contained there?
A. If memory serves me correct, it was all written and what I did was confirm what was written.
Q. Did you confirm the entire paragraph, the first paragraph that begins, "it is not possible to absolutely?" And if there are portions that you did not confirm, can you point out to me what those portions are?
A. No, I reviewed the whole thing

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

MORSE DIESEL INTERNATIONAL, INC.,
Plaintiff,

-against-

UNITED STATES OF AMERICA,
Defendant.

Nos. 99-279C, 99-529C, 99-530C

---

November 2, 2001
10:58 a.m.

1633 Broadway
New York, New York

DEPOSITION

of JOSEPH MANDILE, held at the above-noted time and place before Wayne Hock, a Notary Public of the State of New York, pursuant to Notice, the Provisions of the FRCP pertaining thereto, and stipulations between counsel.

APPEARANCES:

PECKAR & ABRAMSON
Attorneys for Plaintiff
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

BY: PATRICK J. GREENE, JR., ESQ., of Counsel

UNITED STATES DEPARTMENT OF JUSTICE
COMMERCIAL LITIGATION BRANCH
CIVIL UNIT
1100 L Street, N.W.
Washington, D.C. 20005

BY: DOMENIQUE KIRCHNER, ESQ., of Counsel
TRACY HILMER, ESQ., of Counsel

ALSO PRESENT:

GENERAL SERVICES ADMINISTRATION
1500 East Bannister
Kansas City, Missouri 64131
(816) 926-7052
BY: JOHN WALSH

* * *



JOSEPH MANDILE, having been first duly sworn by a Notary Public of the State of New York, upon being examined, testified as follows:

EXAMINATION BY
MS. HILMER:

Q. What is your current address?
A. 37 Lewis Avenue, Yonkers, New York 10703.
Q. Good morning, Mr. Mandile.
A. Good morning.
Q. Would you please state your name for the record?
A. My name is Joseph Mandile.
Q. Have you ever given a deposition before?
A. No, it's my first time.
MS. HILMER: I'm sure that your counsel's gone over the rules with you.
Let me just tell you basically how we're going to proceed. I'll ask questions. I'll expect you to give



J. Mandile

answers in accordance with the oath you've just taken.
If I ask you a question that you haven't heard or it isn't clear, please let me know.
It's very important that you give verbal answers so that the court reporter can take it down; it's very hard for him to take down a nod of the head or a shake. It's very important that we not talk over each other, again so the court reporter can clearly take down the question and the answer.
We're starting here at eleven this morning. We may need to take a break for lunch. If you need to take a break at any other time, please let me know and we can accommodate that.
If you have not heard or understood a question I've asked, let me know, I'll do my best to either rephrase it or to restate it for you.
Q. Mr. Mandile, could you please



J. Mandile

state what your current position is?
A. Vice president of accounting.
Q. How long have you held that position?
A. Approximately eight years.
Q. Now, you say you're vice president of corporate accounting, that's for AMEC Construction Management, Inc.?
A. AMEC Construction Management, Inc.
Q. You're going to have to wait until I finish the question.
State again the name of the court reporter.
A. AMEC Construction Management, Inc.
Q. And you've been here eight years?
A. No, I've been in that position for eight years.
Q. You've been in that position for eight years. So you've held that position with AMEC Construction Management, Inc.'s predecessors, correct?

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, INC., :

Plaintiff, : Case Nos.
: 99-279C
v. : 99-529C
: 99-530C
UNITED STATES OF AMERICA, : 00-531-C
Defendant. :

Chicago, Illinois

Tuesday, December 11, 2001

The deposition of MICHAEL SWANN, called for examination by counsel for the Defendant in the above-entitled matter, pursuant to notice, at the offices of the U.S. Department of Justice, Room 3150, 230 South Dearborn Street, Chicago, Illinois, convened 9:30 a.m., before Rita Langley, a Notary Public in and for the State of Illinois, when were present on behalf of the parties:



APPEARANCES:

On Behalf of the Defendant:

DOMENIQUE KIRCHNER, ESQ.
TRACY L. HILMER, ESQ.
United States Department of Justice
Commercial Litigation Branch
Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1111

On behalf of the Plaintiff:

FRANK HESS, ESQ.
Peckar & Abramson
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

Also Present:

JOHN F. WALSH, Auditor
Kansas City Field Audit Office (JA-6)
1500 E. Bannister Road
Kansas City, Missouri 64131
(816) 926-7052



CONTENTS


| | EXAMINATION BY COUNSEL FOR | |
|---|---|---|
| WITNESS | DEFENDANT | PLAINTIFF |
| Michael Swann | 5 | — |


EXHIBITS


| SWANN DEPOSITION EXHIBITS | | MARKED |
|---|---|---|
| No. 1 | 38 | |
| No. 2 | 42 | |
| No. 3 | 47 | |
| No. 4 | 50 | |
| No. 5 | 60 | |
| No. 6 | 66 | |
| No. 7 | 76 | |
| No. 8 | 77 | |
| No. 9 | 85 | |
| No. 10 | 85 | |
| No. 11 | 99 | |
| No. 12 | 106 | |
| No. 13 | 108 | |
| No. 14 | 114 | |
| No. 15 | 133 | |




EXHIBITS(cont'd.)


| SWANN DEPOSITION EXHIBITS | | MARKED |
|---|---|---|
| No. 16 | 148 | |
| No. 17 | 150 | |
| No. 18 | 157 | |
| No. 19 | 158 | |
| No. 20 | 158 | |
| No. 21 | 159 | |
| No. 22 | 187 | |
| No. 23 | 189 | |
| No. 24 | 192 | |
| No. 25 | 198 | |
| No. 26 | 200 | |
| No. 27 | 200 | |
| No. 28 | 208 | |
| No. 29 | 209 | |
| No. 30 | 210 | |
| No. 31 | 215 | |
| No. 32 | 216 | |
| No. 33 | 217 | |




PROCEEDINGS

Whereupon,

MICHAEL SWANN

was called for examination by counsel for the Defendant and, having been first duly sworn by the notary public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT

BY MS. KIRCHNER:

Q: Mr. Swann, my name is Domenique Kirchner. I'll be taking your testimony today. Is it all right if I refer to you as Mike?

A: Yes.

Q: Okay, have you ever given testimony before in a deposition?

A: Not in a deposition.

Q: Okay, I'm going to have to go over a couple of basics for your deposition so this goes smoothly. At any time I ask you a question that you don't understand, please just simply indicate to me that you don't understand the question and I'll give you another question, all right?

Page 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, INC., : Plaintiff, : Case Nos. : 99-279C

v. : 99-529C : 99-530C

UNITED STATES OF AMERICA, : 00-531-C Defendant. :

VOLUME I

Chicago, Illinois

Wednesday, December 12, 2001

The deposition of PAUL LASKOWSKE, called for examination by counsel for the Defendant in the above-entitled matter, pursuant to notice, at the offices of the U.S. Department of Justice, Room 3150, 230 S. Dearborn Street, Chicago, Illinois, convened 9:50 a.m., before Rita Langley, a Notary Public in and for the State of Illinos, when were present on behalf of the parties:

Page 2

APPEARANCES:

On behalf of the Plaintiff:

DOMENIQUE KIRCHNER, ESQ.
TRACY L. HILMER, ESQ.
United States Department of Justice
Commercial Litigation Branch
Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1111

On behalf of the Plaintiff:

FRANK HESS, ESQ.
Peckar & Abramson
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

Also Present:

JOHN F. WALSH, Auditor
Kansas City Field Audit Office (JA-6)
1500 E. Bannister Road
Kansas City, Missouri 64131
(816) 926-7052

Page 3

CONTENTS

EXAMINATION BY COUNSEL FOR


| WITNESS | DEFENDANT | PLAINTIFF |
|---|---|---|
| Paul Laskowske | 5 | — |


EXHIBITS


| LASKOWSKE DEPOSITION EXHIBITS | MARKED |
|---|---|
| No. 1 | 22 |
| No. 2 | 24 |
| No. 3 | 27 |
| No. 4 | 40 |
| No. 5 | 46 |
| No. 6 | 59 |
| No. 7 | 70 |
| No. 8 | 74 |
| No. 9 | 76 |
| No. 10 | 82 |
| No. 11 | 94 |
| No. 12 | 122 |
| No. 13 | 125 |
| No. 14 | 126 |
| No. 15 | 131 |


Page 4

EXHIBITS(cont'd.)


| LASKOWSKE DEPOSITION EXHIBITS | MARKED |
|---|---|
| No. 16 | 138 |
| No. 17 | 138 |
| No. 18 | 140 |
| No. 19 | 144 |
| No. 20 | 153 |
| No. 21 | 154 |
| No. 22 | 166 |
| No. 23 | 173 |
| No. 24 | 181 |
| No. 25 | 195 |
| No. 26 | 198 |


Page 5

PROCEEDINGS

Whereupon,
PAUL LASKOWSKE,
was called for examination by counsel for the Defendant and, having been first duly sworn by the notary public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT
BY MS. KIRCHNER:

Q: Please state your name and address for the record.
A: Paul Laskowske. My address is 633 East Tahoe Trail, Palatine, Illinois.
Q: What s the zip code?
A: 60067, it was just recently changed to something else. I don t remember offhand. It may be 72.
Q: Okay. Is it all right if I refer to you as Paul?
A: Sure.
Q: Okay. Paul, my name is Domenique Kirchner. I m going to be asking you questions and

Page 6

there s a couple of basics for depositions I d like to go over with you first. Okay, first, if I ask you a question you don t understand, just let me know that you don t understand the question, all right?
A: All right.
Q: Okay. If you need to take a break during the deposition, please let us know, okay?
A: Okay.
Q: And during this deposition, it s important that you wait for me to ask the question before you begin your answer and also that I wait for you to complete your answer before I begin the next question. All right?
A: All right.
Q: Okay. And this is because the court reporter really cannot take down two people speaking at the same time. Okay?
A: Okay.
Q: Have you ever been deposed before?
A: Yes.
Q: Okay. Now, where are you presently

Page 203

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, INC., :

Plaintiff, : Case Nos.
: 99-279C
v. : 99-529C
: 99-530C
UNITED STATES OF AMERICA, : 00-531-C
Defendant. :

VOLUME II

Chicago, Illinois

Thursday, December 13, 2001

The continued deposition of PAUL LASKOWSKE, called for examination by counsel for the Defendant in the above-entitled matter, pursuant to recess, at the offices of the U.S. Department of Justice, Room 3150, 230 S. Dearborn Street, Chicago, Illinois, convened 2:15 p.m., before Rita Langley, a Notary Public in and for the State of Illinois, when were present on behalf of the parties:

Page 204

APPEARANCES:

On behalf of the Plaintiff:

DOMENIQUE KIRCHNER, ESQ.
TRACY L. HILMER, ESQ.
United States Department of Justice
Commercial Litigation Branch
Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1111

On behalf of the Plaintiff:

FRANK HESS, ESQ.
Peckar & Abramson
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

Also Present:

JOHN F. WALSH, Auditor
Kansas City Field Audit Office (JA-6)
1500 E. Bannister Road
Kansas City, Missouri 64131
(816) 926-7052

Page 205

CONTENTS


| | EXAMINATION BY COUNSEL FOR | |
|---|---|---|
| WITNESS | DEFENDANT | PLAINTIFF |
| Paul Laskowske (resumed) | 206 | — |

EXHIBITS

| LASKOWSKE DEPOSITION EXHIBITS | MARKED |
|---|---|
| No. 27 | 206 |
| No. 28 | 209 |
| No. 29 | 237 |
| No. 30 | 238 |
| No. 31 | 239 |
| No. 32 | 285 |
| No. 33 | 291 |


Page 206

PROCEEDINGS

Whereupon,
PAUL LASKOWSKE,
was recalled for examination by counsel for the Defendant and, having been previously duly sworn by the notary public, was examined and testified further as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT (cont'd.)

BY MS. KIRCHNER:

**Q:** All right. Paul, this is a continuation of your deposition from yesterday. So, we re not going to go over the guidelines for depositions, all right?

**A:** Fine.

**MS. KIRCHNER:** Okay. Please take a look at what we ve marked as Laskowske Exhibit 27, and tell us what this is?

(Laskowske Exhibit No. 27 marked for identification.)

**THE WITNESS:** This appears to be the copy of the subcontract for spray fireproofing between Circle B Company and Morse Diesel.

Page 207

BY MS. KIRCHNER:

**Q:** Okay. Remember yesterday, I was asking you about whether Morse Diesel s subcontracts for phase 2 included a payment clause which obligates the contractor to pay the subcontractor for satisfactory performance under its subcontract, not later than seven days from receipts of payment out of such amounts as are paid to the contractor under this contract?

**A:** You don t have to go through the whole thing again, but the first part of it, remember yesterday you asked me about —

**Q:** I was asking you about whether Morse Diesel s contracts with its subcontractors included a payment clause, which obligates the contractor to pay the subcontractor for —

**A:** Yes, I recall that.

**Q:** Okay. Now, and you indicated you wanted to see a copy of the subcontract, phase 2, right?

**A:** Right.

**Q:** Now, we have a copy of a subcontract with Circle B. And, does the subcontract with Circle B

Page 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, INC., :

Plaintiff, : Case Nos.

: 99-279C

v. : 99-529C

: 99-530C

UNITED STATES OF AMERICA, : 00-531-C

Defendant. :

Chicago, Illinois

Thursday, December 13, 2001

The deposition of JAMES ROOSA, called for examination by counsel for the Defendant in the above-entitled matter, pursuant to notice, at the offices of the U.S. Department of Justice, Room 3150, 230 South Dearborn Street, Chicago, Illinois, convened 9:45 a.m., before Rita Langley, a Notary Public in and for the State of Illinois, when were present on behalf of the parties:

Page 2

APPEARANCES:

On Behalf of the Defendant:

DOMENIQUE KIRCHNER, ESQ.
TRACY L. HILMER, ESQ.
United States Department of Justice
Commercial Litigation Branch
Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1111

On behalf of the Plaintiff:

FRANK HESS, ESQ.
Peckar & Abramson
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

Also Present:

JOHN F. WALSH, Auditor
Kansas City Field Audit Office (JA-6)
1500 E. Bannister Road
Kansas City, Missouri 64131
(816) 926-7052

Page 3

CONTENTS

EXAMINATION BY COUNSEL FOR


| WITNESS | DEFENDANT | PLAINTIFF |
|---|---|---|
| James Roosa | 4 | — |


EXHIBITS


| ROOSA DEPOSITION EXHIBITS | MARKED |
|---|---|
| No. 1 | 8 |
| No. 2 | 63 |
| No. 3 | 95 |


Page 4

PROCEEDINGS

Whereupon,
JAMES M. ROOSA,
was called for examination by counsel for the Defendant and, having been first duly sworn by the notary public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT
BY MS. KIRCHNER:

Q: Please state your name and address for the record.
A: My name is James M. Roosa, R-o-o-s-a, and I live in Scottsville, Virginia, 230 West Main Street in Scottsville, Virginia. And the zip is 24590.
Q: Okay. Mr. Roosa, my name is Domenique Kirchner. I m going to be asking you some questions today. Is it all right if I refer to you as Jim?
A: Yes.
Q: Okay. Now, I d like to go over basic guidelines for depositions so this goes smoothly.

Page 5

In a deposition, if I ask you a question that you don t understand, please just indicate to me that you don t understand the question, okay?
A: Yes. Yes.
Q: Now, it s also important that you and I not both talk at the same time because the court reporter can only take down one person at a time. So, please let me finish asking the question before you begin to answer and I ll do the same.
A: Yes.
Q: Okay. Now, if you need to take a break, let us know, okay?
A: Yes.
Q: And it s important that you make an oral response that s loud enough so the court reporter can get it down. You don t have to boom, she s got a mike here, but it s important that you give an audible response. And also, if you mean yes, it s important that you say yes and not that you go uh-huh, okay?
A: Yes.
Q: You understand?
A: Yes.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, INC., : Plaintiff, : Nos. 99-279C, : 99-529C, v. : 99-530C. THE UNITED STATES : Defendant. :

Chicago, Illinois

Thursday, January 31, 2002

The deposition of GRAHAM HARWOOD, called for examination by counsel for the Defendant, in the above-entitled matter, pursuant to notice, at 77 West Jackson Blvd., Chicago, Illinois, convened 9:30 a.m., before Rita Langley, a Notary Public in and for the State of Illinois, when were present on behalf of the parties:



APPEARANCES:

On Behalf of the Government:

DOMENIQUE KIRCHNER, ESQ.
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., Suite 12046
Washington, D.C. 20530
(202) 307-0290

On behalf of the Deponent:

JACK GORDON, ESQ.
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2505
(202) 639-7055

On behalf of the Plaintiff:

FRANK HESS, ESQ.
Peckar & Abramson
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

Also Present:

JOHN F. WALSH, Auditor
Kansas City Field Audit Office (JA-6)
1500 East Bannister Road
Kansas City, MO 64131
(816) 926-7052



CONTENTS


| WITNESS | EXAMINATION BY COUNSEL FOR DEFENDANT | PLAINTIFF |
|---|---|---|
| GRAHAM HARWOOD | 5 | -- |


EXHIBITS


| HARWOOD DEPOSITION | | MARKED |
|---|---|---|
| No. 1 | 26 | |
| No. 2 | 34 | |
| No. 3 | 37 | |
| No. 4 | 54 | |
| No. 5 | 60 | |
| No. 6 | 65 | |
| No. 7 | 73 | |
| No. 8 | 84 | |
| No. 9 | 89 | |
| No. 10 | 92 | |
| No. 11 | 93 | |
| No. 12 | 100 | |
| No. 13 | 103 | |
| No. 14 | 123 | |
| No. 15 | 125 | |
| No. 16 | 132 | |
| No. 17 | 134 | |
| No. 18 | 149 | |
| No. 19 | 152 | |




EXHIBITS (continued)


| HARWOOD DEPOSITION | | MARKED |
|---|---|---|
| No. 20 | 189 | |
| No. 21 | 191 | |
| No. 22 | 194 | |
| No. 23 | 197 | |
| No. 24 | 199 | |
| No. 25 | 214 | |
| No. 26 | 222 | |
| No. 27 | 231 | |
| No. 28 | 235 | |
| No. 29 | 236 | |
| NO. 30 | 237 | |

Page 242

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, INC., :

Plaintiff, : Nos. 99-279C,

: 99-529C,

v. : 99-530C.

THE UNITED STATES :

Defendant. :

- - - - - - - - - - - - - - - - - : Volume II

Chicago, Illinois

Friday, February 1, 2002

The continued deposition of GRAHAM HARWOOD, called for examination by counsel for the Defendant, in the above-entitled matter, pursuant to notice, at 77 West Jackson Blvd., Chicago, Illinois, convened 10:15 a.m., before Rita Langley, a Notary Public in and for the State of Illinois, when were present on behalf of the parties:

Page 243

APPEARANCES:

On Behalf of the Government:

DOMENIQUE KIRCHNER, ESQ.
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., Suite 12046
Washington, D.C. 20530
(202) 307-0290

On behalf of the Deponent:

JACK GORDON, ESQ.
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2505
(202) 639-7055

On behalf of the Plaintiff:

FRANK HESS, ESQ.
Peckar & Abramson
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

Also Present:

JOHN F. WALSH, Auditor
Kansas City Field Audit Office (JA-6)
1500 East Bannister Road
Kansas City, MO 64131
(816) 926-7052

Page 244

CONTENTS

EXAMINATION BY COUNSEL FOR

| WITNESS | DEFENDANT | PLAINTIFF |
|---|---|---|
| GRAHAM HARWOOD | 246 | - - |

EXHIBITS

| HARWOOD DEPOSITION | MARKED |
|---|---|
| No. 31 | 246 |
| No. 32 | 248 |
| No. 33 | 255 |
| No. 34 | 263 |
| No. 35 | 265 |
| No. 36 | 270 |
| No. 37 | 272 |
| No. 38 | 276 |
| No. 39 | 277 |
| No. 40 | 280 |
| No. 41 | 286 |
| No. 42 | 289 |
| No. 43 | 292 |
| No. 44 | 296 |
| No. 45 | 308 |
| No. 46 | 315 |
| No. 47 | 322 |
| No. 48 | 331 |
| No. 49 | 334 |

Page 245

EXHIBITS (continued)

| HARWOOD DEPOSITION | MARKED |
|---|---|
| No. 50 | 336 |
| No. 51 | 340 |
| No. 52 | 342 |
| No. 53 | 348 |
| No. 54 | 349 |
| No. 55 | 353 |
| No. 56 | 355 |
| No. 57 | 358 |
| No. 58 | 359 |
| No. 59 | 361 |
| No. 60 | 363 |
| No. 61 | 380 |
| No. 62 | 394 |
| No. 63 | 395 |

Page 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORSE DIESEL INTERNATIONAL, INC., Plaintiff,

: Nos. 99-279C, 99-529C, 99-530C

vs.

THE UNITED STATES, Defendant.

Washington, D.C.

Thursday, April 11, 2002

The deposition of STEPHEN J. GEORGIAN, called for examination by counsel for Defendant in the above-entitled matter, pursuant to Notice, in the offices of the United States Department of Justice, Civil Division, Commercial Litigation Branch, 1100 L Street, N.W., Washington, D.C., convened at 10:15 a.m., before PAULA J. EASTES, a notary public in and for the District of Columbia, when were present on behalf of the parties:

Page 2

APPEARANCES:

On behalf of the Plaintiff:

FRANK A. HESS, ESQ.
PATRICK J. GREENE, JR., ESQ.
Peckar & Abramson
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434

On behalf of the Defendant:

DOMENIQUE KIRCHNER, ESQ.
United States Department of Justice
Civil Division
Commercial Litigation Branch
Suite 12046
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0290

TRACY L. HILMER, ESQ.
Commercial Litigation Branch (Fraud)
U.S. Department of Justice
Civil Division
Room 9021
601 D Street, N.W.
Washington, D.C. 20004
(202) 307-0474

On behalf of the Deponent:

MARK D. HOPSON, ESQ.
KRISTIN GRAHAM KOEHLER, ESQ.
Sidley Austin Brown & Wood, LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8188

Page 3

APPEARANCES (CONTINUED):

ALSO PRESENT:

JOHN F. WALSH, Auditor
United States of America
General Services Administration
Office of Inspector General
Kansas City, Missouri 64131

DAVID L. COTTON, CPA
Cotton & Company LLP

Page 4

CONTENTS

EXAMINATION BY COUNSEL FOR


| WITNESS | PLAINTIFF | DEFENDANT |
|---|---|---|
| JAMES J. BROGAN | | |
| By Ms. Kirchner | — | 5 |


EXHIBITS


| GEORGIAN DEPOSITION EXHIBITS | MARKED |
|---|---|
| No. 1 | 5 |
| No. 2 | 26 |
| No. 3 | 33 |
| No. 4 | 34 |
| No. 5 | 47 |
| No. 6 | 68 |
| No. 7 | 112 |
| No. 8 | 134 |
| No. 9 | 154 |
| No. 10 | 157 |
| No. 11 | 165 |
| No. 12 | 184 |


Page 5

PROCEEDINGS

(Georgian Exhibit No. 1 was marked for identification.)

Whereupon,

STEPHEN J. GEORGIAN

was called for examination by counsel for the Defendant and, having been first duly sworn by the notary public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR DEFENDANT
BY MS. KIRCHNER:

Q: Could you please state your name and business address for the record?

A: Stephen J. Georgian. 99 High Street, Boston, Massachusetts 02110.

Q: Is it all right if I refer to you as Steve during this deposition?

A: That is fine.

Q: Steve, my name is Domenique Kirchner. I will be taking your testimony today.

First I just want to go over the basics for a deposition.

UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 99-279C, 99-529C, 99-530C
(Senior Judge Smith)
- - - - - - - - - - - - - - - - - - - -x
MORSE DIESEL INTERNATIONAL, INC.,
Plaintiff,
vs.
THE UNITED STATES,
Defendant.
- - - - - - - - - - - - - - - - - - - -x
620 Fifth Avenue
New York, New York

July 17, 2002
9:40 a.m.

CONTINUED DEPOSITION of ANTHONY J. ROMANO, a nonparty witness in the above-entitled action, held at the above time and place, taken before Barbara P. Goldsmith, a Shorthand Reporter and Notary Public of the State of New York, pursuant to the Federal Rules of Civil Procedure, and stipulations between Counsel.

* * * *

UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 99-279C, 99-529C, 99-530C
(Senior Judge Smith)
- - - - - - - - - - - - - - - - - - -x
MORSE DIESEL INTERNATIONAL, INC.,
Plaintiff,
vs.
THE UNITED STATES,
Defendant.
- - - - - - - - - - - - - - - - - - -x
620 Fifth Avenue
New York, New York

July 17, 2002
4:00 p.m.

DEPOSITION of RICHARD F. FERRUCCI, a nonparty witness in the above-entitled action, held at the above time and place, taken before Barbara P. Goldsmith, a Shorthand Reporter and Notary Public of the State of New York, pursuant to the Federal Rules of Civil Procedure, and stipulations between Counsel.

* * *

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL | : | |
| INTERNATIONAL, INC., | : | |
| Plaintiff, | : | Case Nos. |
| | : | 99-279C, |
| v. | : | 99-529C, |
| | : | 99-530C, |
| THE UNITED STATES, | : | 00-531-C |
| Defendant. | : | |

Chicago, Illinois

Friday, July 19, 2002

The deposition of MUHAMMED A. AZIM, called for examination by counsel for the Defendant in the above-entitled matter, pursuant to notice, at 77 W. Jackson Boulevard, Chicago, Illinois, convened 9:03 a.m., before Stuart Karoubas, Notary Public, in and for the State of Illinois, when were present on behalf of the parties:



APPEARANCES:

On behalf of the Defendant:

DOMENIQUE KIRCHNER, ESQ.
United States Department of Justice
Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0290

On behalf of the Deponent:

RICHARD J. WEBBER, ESQ.
Arent, Fox, Kintner, Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6254

Also Present:

JOHN F. WALSH, Auditor
Kansas City Field Audit Office (JA-6)
1500 East Bannister Road
Kansas City, Missouri 64131
(816) 926-7052

CONTENTS


| EXAMINATION BY COUNSEL FOR | | |
|---|---|---|
| WITNESS | DEFENDANT | PLAINTIFF |
| Muhammed A. Azim | 4 | — |




EXHIBITS


| DEPOSITION EXHIBITS | | MARKED |
|---|---|---|
| No. 1 | Quantity takeoff | 29 |
| No. 2 | Bid offer for Phase I St. Louis | 31 |
| No. 3 | Detail report for Estimate ES-94-032 | 37 |
| No. 4 | Bid deck sheet (St. Louis Phase I) | 45 |
| No. 5 | Bid deck sheet (different format) | 73 |
| No. 6 | Bond rate worksheet | 82 |
| No. 7 | Bond rate worksheet | 85 |
| No. 8 | St. Louis Phase I documents | 89 |
| No. 9 | St. Louis Phase I documents | 90 |
| No. 10 | CMR work papers | 90 |
| No. 11 | MDI/CMR original budget for St. Louis project | 93 |
| No. 12 | Phase I project description outline | 95 |
| No. 13 | Sacramento project budget estimate | 104 |
| No. 14 | Bid deck sheet (Sacramento) | 114 |
| No. 15 | Various documents (Sacramento) | 117 |
| No. 16 | St. Louis Phase II documents | 127 |
| No. 17 | St. Louis Phase II bid package | 130 |
| No. 18 | St. Louis Phase II documents | 134 |
| No. 19 | St. Louis Phase II documents | 135 |




PROCEEDINGS

Whereupon,
MUHAMMED A. AZIM
was called for examination by counsel for the Defendant and, having been first duly sworn by the notary public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT
BY MS. KIRCHNER:

**Q:** Okay. Mr. Azim, my name is Domenique Kirchner. I'll be taking your testimony, so I'll be asking you some questions. I just want to go over the rules of the deposition with you. I'm sure you've heard from counsel on this but let me just go over it with you here.
I'm going to ask you some questions. It's very important that you listen to the entire question before you begin your answer, okay? And I'll try to do the same for you. I'll listen to your entire answer and then I'll give you the next question, okay?

**A:** Okay.

UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 99-279C, 99-529C, 99-530C
(Senior Judge Smith)
- - - - - - - - - - - - - - - - - - - -x
MORSE DIESEL INTERNATIONAL, INC.,
Plaintiff,
vs.
THE UNITED STATES,
Defendant.
- - - - - - - - - - - - - - - - - - - -x

1675 Broadway
New York, New York

Arent, Fox
May 31, 2002
10:00 a.m.

DEPOSITION of JOSEPH A. BARSALONA, a nonparty witness in the above-entitled action, held at the above time and place, taken before Barbara P. Goldsmith, a Shorthand Reporter and Notary Public of the State of New York, pursuant to the Federal Rules of Civil Procedure, and stipulations between Counsel.

* * *

2

APPEARANCES:

PECKAR & ABRAMSON, P.C.
Attorneys for Plaintiff
70 Grand Avenue
River Edge, New Jersey
07661-1934
(201) 343-3434

BY: FRANK A. HESS, ESQ.

U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Division
Attorneys for Defendant
1100 L Street N.W.
Classifiation Unit
Suite 12-046
Washington, D.C. 20530
(202) 307-0290
BY: DOMINIQUE KIRCHNER, ESQ.
and
JOHN F. WALSH, Auditor
Kansas City Field Audit
Office (JA-6)
1500 East Bannister Road
Kansas City, Missouri 64131

* * *

3

JOSEPH A. BARSALONA,
having been first duly sworn by a Notary Public of the State of New York, upon being examined, testified as follows:
EXAMINATION BY
MS. KIRCHNER:
Q. What is your name?
A. Joseph A. Barsalona.
Q. Where do you reside?
A. 569 Franklin Avenue, Wyckoff, New Jersey 07481.
MS. KIRCHNER: Would you mark these, please.
[The resume was hereby marked as Barsalona Exhibit 1 for identification, as of this date.]
[The fax dated 5/24/02 and attachments were hereby marked as Barsalona Exhibit 2 for identification, as of this date.]
Q. Mr. Barsalona, my name is Dominique Kirchner. I'll be taking your deposition today. I assume you have been deposed before?

4

A. Yes, I have been.
Q. So you understand the rules for a deposition?
A. Yes.
Q. If there is any question that I ask that you don't understand, please let me know.
A. I will.
Q. First, could you look at what we've marked as Exhibit 1 and tell us what this is.
A. This is a copy of my resume/Curriculum Vitae.
Q. Does it show all your education in the area of accounting?
A. Yes, it does.
Q. Does it show all your certifications in the area of accounting?
A. Yes, it does.
Q. Can you tell us when you took the C.P.A. exam?
A. Early seventies. I can't recall exact date. '72 time frame, '71, '72.
Q. And did you pass it?
A. Yes, I did.

5

Q. Did you have to -- is there required in your profession that you take this exam again?
A. The certified public accounting exam?
Q. Yes.
A. No.
Q. So it's only necessary to take it once and pass?
A. Correct.
Q. Is your employment history set forth in Exhibit 1?
A. Yes, it is.
Q. Other than your engagement to prepare an expert report for Morse Diesel, do you have any other engagements with any AMEC entities?
A. No, I do not.
Q. Does your firm, Price Waterhouse Coopers, have any other engagements with AMEC entities?
A. Not to the best of my knowledge.
Q. Other than your report, have you done any work with respect to any AMEC related entities?

UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 99-279C, 99-529C, 99-530C
(Senior Judge Smith)
- - - - - - - - - - - - - - - - - - - -x
MORSE DIESEL INTERNATIONAL, INC.,
Plaintiff,
vs.
THE UNITED STATES,
Defendant.
- - - - - - - - - - - - - - - - - - - -x
1675 Broadway
New York, New York

August 29, 2002
9:34 a.m.

CONTINUED DEPOSITION of JOSEPH A. BARSALONA, a nonparty witness in the above-entitled action, held at the above time and place, taken before Barbara P. Goldsmith, a Shorthand Reporter and Notary Public of the State of New York, pursuant to the Federal Rules of Civil Procedure, and stipulations between Counsel.

* * *

APPEARANCES:

U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Division
Attorneys for Defendant
1100 L Street N.W.
Classifiation Unit
Suite 12-046
Washington, D.C. 20530
(202) 307-0290
BY: DOMENIQUE KIRCHNER, ESQ.

ARENT, FOX, KINTNER, PLOTKIN & KAHN, PLLC
Attorney for Plaintiff
and Joseph A. Barsalona
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
BY: RICHARD J. WEBBER, ESQ.

Also Present:
JOHN F. WALSH
Kansas City Field Audit Office (JA-6)
1500 East Bannister Road
Kansas City, Missouri 64131

DAVID L. COTTON, CPA, CFE, CGFM
333 North Fairfax Street, Suite 401
Alexandria, Virginia 22314

* * *



JOSEPH A. BARSALONA,
having been first duly sworn by a Notary Public of the State of New York, upon being examined, testified as follows:
EXAMINATION BY
MS. KIRCHNER:
Q. Mr. Barsalona, I'm going to be asking you some questions today. If I ask any question that you don't understand, please let me know and I'll rephrase the question. All right?
A. Yes.
Q. Do you have a copy of your second report?
A. Yes, I do.
Q. And that's dated August 20, 2002?
A. That's correct.
Q. Can you tell me first, has your proposed trial testimony ever been disallowed by any decision-making body such as a court, arbitrator or other decision-making body?
A. No.
Q. Are you sure about that?



A. The only situation that it was -- the report was not disallowed, the judge decided that the accounting reports were not going to be permitted to be brought into the trial.
Q. Okay. And what case was that in?
A. That was the -- I'm trying, if you give me a second, to recall. It was with the U.S. Forest Service and --
Q. Is that a case that would be listed on your resume if we look at your resume? I'm giving you the exhibits that have already been marked in this case. Exhibit 1.
A. Thank you. Yes, that would have been the case of the United States of America versus Gary Edel. In that case I was asked to do an expert report which we prepared. And in that case, which was settled, the court decided that they would not allow any of the accounting expert reports, not based on my report, but based on some previous decisions they had made.
Q. In any other matters, has your



proposed expert testimony been disallowed by a court or other decision-making body?
A. No.
Q. Now, the one that you referred to, can you tell me, there's three cases listed. Which one are you referring to; the first, second, or third?
A. The third case.
Q. And it's your understanding that that case is settled out?
A. That is my understanding.
Q. Was your expert testimony disallowed in that case because it would not be relevant and it might mislead or confuse the jury?
MR. WEBBER: Objection to the form of the question. The witness said it wasn't disallowed.
A. In a previous trial with the same judge, as I understand it, the issue involved the idea of the accounting treatment was raised in a previous trial. The attorney and my client wanted to ask me to do this expert report, then attempted to get the judge to change his

The deposition of JAMES J. BROGAN was convened on Thursday, October 4, 2007, commencing at 9:38 a.m., at the offices of the United States Department of Justice, Civil Division, 1100 L Street, N.W., Room 12046, Washington, D.C., before Lori Goodin Mackenzie, Registered Professional Reporter, Realtime Reporter, and Notary Public for the District of Columbia.



APPEARANCES

For Plaintiff Morse Diesel International/AMEC Construction Management, Inc.:

JAMES E. ANKLAM, Esquire
DANIELLE PIERCE, Esquire
Paul Hastings, Janofsky & Walker
875 15th Street, N.W.
Washington, D.C. 20005
202-551-1733
202-551-0133 (fax)
jamesanklam@paulhastings.com
daniellepierce@paulhastings.com

For Defendant:
DOMENIQUE KIRCHNER, Esquire
TRACY HILMER, Esquire
JOHN WALSH, Esquire
United States Department of Justice,
Civil Division
1100 L Street, N.W., Room 12046
Washington, D.C. 20004
202-307-1111
tracy.hilmer@usdoj.gov



CONTENTS


| EXAMINATION BY | PAGE |
|---|---|
| Ms. Kirchner | 7 |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Subpoena for Mr. Brogan | 20 |
| 2A-2B | Termination for Convenience Settlement Proposal prepared by Beck Steel in connection with the St. Louis Phase II Contract | 31 |
| 3 | October 3, 2007 letter from Paul Hastings to Stephanie Rosenthal with ACMI Privileged Documents Log, Ninth Production | 40 |
| 4 | Beck Steel Termination for Convenience Settlement Proposal | 50 |
| 5 | Document | 54 |
| 6 | Letter by Mr. Brogan and sent to Linda Derby | 60 |
| 7 | Reinstatement Agreement | 63 |




EXHIBITS (Continued)


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 8 | Letter from Linda Derby to Mr. Brogan dated, August 7, 1997 | 65 |
| 9 | Copy of the May 4th, 1999 letter by Mr. Harwood to Karen Poole | 67 |
| 10 | Beck Steel Settlement with Morse Diesel regarding termination clause | 88 |
| 11 | Copy of the Beck Steel Settlement without lines running through it | 90 |
| 12 | Copy of a check to Beck Steel from Morse Diesel dated August 11, 1999 | 90 |
| 13 | Clearer copy of Exhibit 12 | 91 |
| 14 | September 2001 REA | 98 |
| 15 | Copy of the September 1, 2000 Complaint of Morse Diesel in the Court of Federal Claims, Case Number 00-531 | 120 |
| 16 | Copy of the Contracting Officer's Final Decision | 126 |