# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: March 11, 2008

****************************************
MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

## ORDER

Plaintiff's February 15, 2008 Motion for Leave to File Attached Response To Defendant's Surreply to Plaintiff's Motion for Spoilation Sanctions is granted. Defendant's February 29, 2008 Motion for Leave to File Attached Declaration is denied. Plaintiff will file the Response To Defendant's Surreply on or before March 21, 2008. Furthermore, all briefing regarding Plaintiff's November 14, 2007 Motion for Spoilation Sanctions is closed.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**