# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: April 15, 2008

******************************************
MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
******************************************

**SCHEDULING ORDER**

In accordance with the April 15, 2008 telephone scheduling conference regarding the Government's remaining counterclaims, the court enters the following order:

1. The Government will file a Settlement Status Report on or before May 16, 2008.

2. The parties will file any dispositive motions on or before September 5, 2008.

**IT IS SO ORDERED.**

/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**