IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC. d/b/a AMEC CONSTRUCTION MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 99-279C and consolidated cases |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNITED STATES' SETTLEMENT STATUS REPORT**

As we reported to the Court in the status conference on April 15, 2008, on April 14, 2008, defendant's counsel presented plaintiff's counsel with a letter stating defendant's counsel's recommendation for the settlement of the United States' remaining counterclaims in this matter. On April 15, 2008, the Court issued a scheduling order and directed defendant to file a settlement status report on or before May 16, 2008. In accordance with the Court's April 15, 2008 order, defendant reports that it has not yet received a response from plaintiff in response to defendant's counsel's letter. Accordingly, defendant will file a further settlement status report on or before July 16, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Fax: (202) 514-8624
Attorneys for Defendant

Of Counsel:

Tracy L. Hilmer
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

Eric L. Miller
Office of the Inspector General
General Services Administration

Dalton Phillips
Catherine Crow
General Services Administration

May 13, 2008