**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMEC CONSTRUCTION MANAGEMENT, INC.,<br>f/k/a Morse Diesel International, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 99-279 and<br>consolidated cases<br>(Judge Braden) |

**PLAINTIFF'S UPDATE TO DEFENDANT'S SETTLEMENT STATUS REPORT**

Plaintiff submits this update to the Defendant's May 13, 2008 Settlement Status Report to inform the Court that on May 15, 2008 Plaintiff responded to Defendant's April 14, 2008 letter regarding settlement of the Defendant's remaining counterclaims in this matter. Unfortunately, Defendant did not consult Plaintiff prior to filing its Settlement Status Report in advance of the May 16, 2008 deadline in order that the Court could be provided with an accurate update on the settlement efforts.

Plaintiff is hopeful that the settlement efforts will be successful and can be concluded within a reasonable time.

Respectfully submitted,

s/ James D. Wareham

James D. Wareham
Attorney of Record for Plaintiff
Kirby D. Behre
Danielle W. Pierce
Paul, Hastings, Janofsky & Walker LLP
875 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: 202-551-1728
Fax: 202-551-0128

Date: May 16, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this 16th day of May, 2008, I caused a copy of the foregoing to be served by electronic mail (via ECF) upon counsel for the Defendant as follows:

Dominique Kirchner
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, DC 20530

Tracy L. Hilmer
Civil Division
U.S. Department of Justice
601 D Street, N.W.
P.O. Box 261 Ben Franklin Station
Washington, DC 20044

s/ Kirby D. Behre
Kirby Behre

LEGAL_US_E # 79417741.1