# In the United States Court of Federal Claims

No. 99-279C
(With Which Nos. 99-529C, 99-530C, 00-531C, 03-1537C, 05-804C, 06-173C, 06-174C, 06-175C, 06-176C, 06-177C, 06-178C, 06-179C, 06-180C, and 06-181C Are Consolidated)
Filed: September 4, 2008

*******************************************
MORSE DIESEL INTERNATIONAL, INC.,
d/b/a AMEC CONSTRUCTION
MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*******************************************

**ORDER**

Pursuant to the September 4, 2008 telephone status conference in *AMEC Construction Management, INC* v. *United States*, No. 06-867C, and the Government's request for an extension of time, the court hereby orders the parties to file any dispositive motions on or before September 12, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**