IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORSE DIESEL INTERNATIONAL, INC., d/b/a AMEC CONSTRUCTION MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 99-279C and consolidated cases |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 21 days from September 12, 2008, to October 3, 2008, for defendant to file its motion for summary judgment. Defendant's motion for summary judgment is due September 12, 2008, and this is the second request for an enlargement of time for this purpose. Defendant's counsel has informed plaintiff's counsel of this motion and plaintiff's counsel stated that plaintiff objects.

Defendant's counsel has prepared a draft of the Government's motion, but requires an additional 21 days enlargement to October 3, 2008, to complete preparation of the motion for summary judgment, including checking all of its numerous citations to the record evidence, and to have the motion reviewed by attorneys at the Department of Justice and the agency. Further, in addition, to preparing the Government's motion for summary judgment, defendant's counsel among other matters recently was required to prepare: (1) a memorandum for the Solicitor General's office; (2) an opposition to a petition for certiorari in Sakar Int'l v. United States, Fed. Cir. No. 2007-1173; (3) the Government's brief in Davis v. United States, Fed. Cir. No. (filed

August 8, 2008); and (4) Defendant's Motion for Protective Order and Request for Expedited Consideration re Plaintiff's Notices of Deposition to Government Attorneys in AMEC Construction Management v. United States, Fed. Cl. No. 06-867 (filed August 15, 2008). Defendant's counsel also represented the Government in a hearing on September 5, 2008 in L-3 Communications, Inc. v. United States, Fed. Cl. No. 06-396.

Defendant's counsel was on travel for the purpose of either conducting or defending depositions on July 20-23, 2008, July 30-31, 2008, and August 12-13, 2008, in AMEC Construction Management v. United States, Fed. Cl. No. 06-867, and is on travel for the same purpose on September 15-19, 2008. Defendant's counsel is defending another deposition in that matter on September 23, 2005. Defendant's counsel also must file an opposition to Plaintiff's Motion to Compel the Depositions of the Government's Attorneys in AMEC Construction Management v. United States, Fed. Cl. No. 06-867, by September 26, 2008, and must also file a motion to correct the transcript in that matter. In addition, because of pain and restricted movement in her shoulder, defendant's counsel has had to seek medical treatment and must undergo physical therapy which may improve her condition. Further, although defendant's counsel previously requested and obtained a 7-day enlargement of time to file the Government's motion for summary judgment, defendant's counsel underestimated the time required in light of the circumstances above, and accordingly, must request an additional 21 days to complete the Government's motion, based upon the schedule detailed above. Accordingly, defendant respectfully requests that the Court grant this motion and allow an enlargement of time to and including October 3, 2008, for defendant to prepare and file its motion for summary judgment.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Fax: (202) 514-8624
Attorneys for Defendant

Of Counsel:
TRACY L. HILMER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

ERIC L. MILLER
Office of the Inspector General
General Services Administration

CATHERINE CROW
General Services Administration

September 12, 2008